# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** National Women's Law Center et al.

v.

Office of Management & Budget et al.

**Case No:** 19-5130

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ● Gov't counsel

for the ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Office of Management and Budget

John Michael Mulvaney, Director, OMB

Paul Ray, Acting Administrator, OIRA

Equal Employment Opportunity Commission

Victoria Ann Lipnic, Acting Chair, EEOC

### Counsel Information

**Lead Counsel:** Lindsey Powell

**Direct Phone:** (202) 616-5372  **Fax:** (202) 514-9405  **Email:** lindsey.e.powell@usdoj.gov

**2nd Counsel:** Daniel Tenny

**Direct Phone:** (202) 514-1838  **Fax:** (202) 514-9405  **Email:** daniel.tenny@usdoj.gov

**3rd Counsel:**

**Direct Phone:** (   )    -       **Fax:** (   )    -       **Email:**

**Firm Name:** U.S. Department of Justice, Civil Division, Appellate Staff

**Firm Address:** 950 Pennsylvania Ave., NW Washington, DC 20530

**Firm Phone:** (   )    -       **Fax:** (   )    -       **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)