[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

NATIONAL WOMEN'S LAW CENTER
AND COUNCIL FOR LATIN AMERICAN
ADVANCEMENT,

        Plaintiffs-Appellees,

        v.

OFFICE OF MANAGEMENT AND
BUDGET et al.,

        Defendants-Appellants.

No. 19-5130

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

        Pursuant to Circuit Rule 28(a)(1) and this Court's order of May 8, 2019, the undersigned counsel certifies as follows:

        **A.**    **Parties and Amici.**  Plaintiffs-appellees are the National Women's Law Center and the Labor Council for Latin American Advancement. Defendants-appellants are the Office of Management and Budget (OMB), John Michael Mulvaney in his official capacity as Director of OMB, Paul Ray in his official capacity as Acting Administrator of the Office of Information and Regulatory Affairs, the Equal

Employment Opportunity Commission (EEOC), and Janet Dhillon in her official capacity as EEOC Chair.[1]  The following entities participated as amici in district court:

- American Society of Employers
- Associated Builders and Contractors
- Associated General Contractors of America
- Center for Workplace Compliance
- Chamber of Commerce of the United States
- DirectEmployers Association, Inc.
- HR Policy Association
- Institute for Workplace Equality
- National Association of Manufacturers
- National Federation of Independent Business
- National Retail Federation
- Restaurant Law Center
- Retail Litigation Center, Inc.
- Society for Human Resources Management

**B.    Rulings Under Review**.  The rulings under review are the following orders of the United States District Court for the District of Columbia (Chutkan, J.) in case number 17-2458: (1) the March 4, 2019, memorandum opinion and order granting summary judgment for plaintiffs; and (2) the April 25, 2019, order issuing declaratory and injunctive relief.  The district court's March 4 opinion is published at 358 F. Supp. 3d 66, and the court's separate orders of March 4 and April 25 order are unpublished.

---

[1] Pursuant to Federal Rule of Appellate Procedure 43(c)(2), EEOC Chair Janet Dhillon has been automatically substituted for Acting Chair Victoria Lipnic.

2

**C.** **Related Cases**. This case has not previously been before this Court, and counsel is not aware of any related cases within the meaning of Circuit Rule 28(a)(1)(C).

s/ Lindsey Powell
LINDSEY POWELL

# CERTIFICATE OF SERVICE

On June 7, 2019, I electronically filed the foregoing Certificate with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ Lindsey Powell
LINDSEY POWELL