[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

NATIONAL WOMEN'S LAW CENTER
AND COUNCIL FOR LATIN AMERICAN
ADVANCEMENT,

    Plaintiffs-Appellees,

        v.

OFFICE OF MANAGEMENT AND
BUDGET et al.,

    Defendants-Appellants.

No. 19-5130

**APPELLANTS' DEFERRED APPENDIX STATEMENT**

Pursuant to this Court's order of May 8, 2019, appellants hereby state that they do not intend to use a deferred appendix.

                                            s/ Lindsey Powell
                                            LINDSEY POWELL

## CERTIFICATE OF SERVICE

On June 7, 2019, I electronically filed the foregoing Statement with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ Lindsey Powell
LINDSEY POWELL