# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1.  CASE NO. 19-5130                           2. DATE DOCKETED: 5/8/19

3.  CASE NAME (lead parties only) National Women's Law Center   v.   Office of Management & Budget

4.  TYPE OF CASE:     ☒ District Ct -   ⦿ US Civil   ○ Private Civil   ○ Criminal   ○ Bankruptcy
                      ☐ Bankruptcy - if direct from Bankruptcy Court      ☐ Original proceeding

5.  IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?          ○ Yes   ⦿ No
    If YES, cite statute _____

6.  CASE INFORMATION:
    a.  District Court Docket No.        Bankruptcy Court Docket No.          Tax Court Docket No.
        Civil Action 17-cv-02458         Bankruptcy _____           Tax _____
        Criminal _____          Adversary _____
        Miscellaneous _____     Ancillary _____

    b.  Review is sought of:
        ☒ Final Order      ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
    c.  Name of judge who entered order being appealed:
        Judge Tanya S. Chutkan                          Magistrate Judge _____

    d.  Date of order(s) appealed (use date docketed): 3/4/19; 4/25/19      e.  Date notice of appeal filed: 5/3/19

    f.  Has any other notice of appeal been filed in this case?      ○ Yes  ⦿ No    If YES, date filed: _____

    g.  Are any motions currently pending in trial court?   ○ Yes  ⦿ No      If YES, date filed: _____
        If YES, identify motion _____

    h.  Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?      ⦿ Yes   ○ No
        If NO, why not? _____

    i.  Has this case been before the Court under another appeal number? ○ Yes  Appeal # _____  ⦿ No
    j.  Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
        ○ Yes  ⦿ No If YES, give each case's court and case name, and docket number:
        _____

    k.  Does this case turn on validity or correct interpretation or application of a statute?     ○ Yes  ⦿ No
        If YES, give popular name and citation of statute _____

7.  Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes  ⦿ No   If so, provide program name and participation dates
    _____

Signature s/ Lindsey Powell                     Date June 7, 2019
Name of Party Office of Management & Budget et al.
Name of Counsel for Appellant/Petitioner Lindsey Powell
Address  U.S. Department of Justice, Civil Division, 950 Pennsylvania Ave., NW, Room 7215, Washington, 20530
Phone ( 202 ) 616-5372      Fax ( 202 ) 514-9405

ATTACH A CERTIFICATE OF SERVICE

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)