[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

NATIONAL WOMEN'S LAW CENTER
AND COUNCIL FOR LATIN AMERICAN
ADVANCEMENT,

      Plaintiffs-Appellees,

      v.

OFFICE OF MANAGEMENT AND
BUDGET et al.,

      Defendants-Appellants.

No. 19-5130

---

**APPELLANTS' STATEMENT OF ISSUES**

      Pursuant to this Court's order of May 8, 2019, appellants hereby submit the following statement of issues on appeal.  This case involves the Office of Management and Budget's (OMB) exercise of authority under the Paperwork Reduction Act to stay the approval of a collection of information proposed by the Equal Employment Opportunity Commission (EEOC).  The district court vacated OMB's stay and subsequently directed the EEOC to take certain actions in connection with resuming the collection of information.  Appellants identify the following issues for appeal and reserve the right to amend this statement and to address other issues that may arise:

1. Whether the district court properly reached the merits of plaintiffs' claim;

2. Whether the district court properly vacated OMB's stay decision; and

3. Whether the district court properly directed the EEOC to take specified actions in connection with the collection of information.

        s/ Lindsey Powell
        LINDSEY POWELL

# CERTIFICATE OF SERVICE

On June 7, 2019, I electronically filed the foregoing Statement with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                    s/ Lindsey Powell
                                    LINDSEY POWELL