UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** National Women's Law Center, et al.

v.

Office of Budget and Management, et al.

**Case No:** 19-5130

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

National Women's Law Center

Labor Council for Latin American Advancement

### Counsel Information

Lead Counsel: Javier M. Guzman

Direct Phone: ( 202 ) 701-1771   Fax: (    ) _____   Email: jguzman@democracyforward.org

2nd Counsel: _____

Direct Phone: (    ) _____   Fax: (    ) _____   Email: _____

3rd Counsel: _____

Direct Phone: (    ) _____   Fax: (    ) _____   Email: _____

Firm Name: Democracy Forward Foundation

Firm Address: 1333 H Street, N.W., Washington, DC 20005

Firm Phone: ( 202 ) 448-9090   Fax: (    ) _____   Email: _____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)