UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 19-5130
(C.A. No. 17-2458)

OFFICE OF MANAGEMENT AND BUDGET, *et al.*,    Appellants,

v.

NATIONAL WOMEN'S LAW CENTER, *et al.*,    Appellees.

### APPELLEES' CERTIFICATE OF COUNSEL AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to this Court's May 8, 2019, Order and Circuit Rule 28(a)(1), counsel for Appellees file this certificate as to parties, rulings, and related cases.

### I. Parties

Appellants, defendants below, are the Office of Management and Budget (OMB); OMB Director John Michael Mulvaney, in his official capacity; Office of Information and Regulatory Affairs Acting Director Paul Ray, in his official capacity; the Equal Employment Opportunity Commission (EEOC); and EEOC Chair Janet Dhillon, in her official capacity.

Appellees, plaintiffs below, are the National Women's Law Center and the Labor Council for Latin American Advancement.

The following parties participated as *amicus curiae*: American Society of Employers; Associated Builders and Contractors; Associated General Contractors of America; Center for Workplace Compliance, Chamber of Commerce of the United States; DirectEmployers Association, Inc.; HR Policy Association; Institute for Workplace Equality; National Association of Manufacturers; National Federation of Independent Business; National Retail Federation; Restaurant Law Center; Retail Litigation Center, Inc.; and Society for Human Resources Management.

## II. Rulings Under Review

At issue are the following orders by the Honorable Tanya S. Chutkan: (1) the March 4, 2019 order and memorandum opinion granting summary judgment for plaintiffs, which is published as *Nat'l Women's Law Ctr. v. Office of Management and Budget*, 358 F. Supp. 3d 66 (D.D.C. 2019); and (2) the April 25, 2019 order granting declaratory and injunctive relief.

## III. Related Cases

This case has not previously been before this Court. Undersigned counsel is not aware of any related cases.

>Respectfully submitted,
>
>By:    */s/ Javier M. Guzman*
>JAVIER M. GUZMAN
>(D.C. Bar #462679)
>Democracy Forward Foundation
>P.O. Box 34553
>Washington, D.C. 20530
>(202) 448-9090
>
>*Attorneys for Appellees*

Dated: June 7, 2019

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June, 2019, I caused a true and correct copy of the above Brief for Appellee to be served upon Appellants' counsel through the Court's CM/ECF system.

>*/s/ Javier M. Guzman*
>JAVIER M. GUZMAN
>Democracy Forward Foundation
>P.O. Box 34533
>Washington, DC 20530
>(202) 448-9090