No. 19-5130

# In the U.S. Court of Appeals for the District of Columbia Circuit

NATIONAL WOMEN'S LAW CENTER, *ET AL.*,
*Plaintiffs-Appellees,*

vs.

OFFICE OF MANAGEMENT AND BUDGET, *ET AL.*,
*Defendants-Appellants.*

APPEAL FROM U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

**REPRESENTATION OF INTENT TO FILE – OR MOVE FOR
LEAVE TO FILE -- *AMICUS CURIAE* BRIEF OF EAGLE
FORUM EDUCATION & LEGAL DEFENSE FUND IN
SUPPORT OF APPELLANTS AND REVERSAL**

LAWRENCE J. JOSEPH
    (D.C. Bar No. 464777)
1250 Connecticut Av NW Suite 700-1A
Washington, DC 20036
Telephone: (202) 355-9452
Facsimile: (202) 318-2254
Email: ljoseph@larryjoseph.com

## CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. APP. P. 26.1 and Circuit Rule 26.1, counsel for *amicus curiae* Eagle Forum Education & Legal Defense Fund ("EFELDF") states that (a) EFELDF is a non-profit, tax-exempt corporation under §501(c)(3) of the Internal Revenue Code with no parent corporation; (b) no publicly traded entity – or any other entity – holds a ten-percent ownership interest in EFELDF; and (c) EFELDF is an education and legal defense fund that – as relevant to this litigation – advocates for traditional American values and constitutional government, including not only the separation of powers generally but also confining the Judiciary to the case-or-controversy limits imposed by Article III of the Constitution.

Dated: August 26, 2019                    Respectfully submitted,


                    /s/ Lawrence J. Joseph
                    _____
                    Lawrence J. Joseph, DC Bar #464777
                    1250 Connecticut Av NW Suite 700-1A
                    Washington, DC 20036
                    Telephone: (202) 355-9452
                    Facsimile: (202) 318-2254
                    Email: ljoseph@larryjoseph.com

                    *Counsel for Amicus Eagle Forum Education*
                    *& Legal Defense Fund*

## <u>CERTIFICATE AS TO PARTIES, RULINGS & RELATED CASES</u>

Pursuant to Circuit Rule 28(a)(1), counsel for *amicus curiae* Eagle Forum Education & Legal Defense Fund presents the following certificate as to parties, rulings, and related cases.

**A.    Parties and *Amici***

Eagle Forum adopts Appellants' statement of parties and *amici curiae*, with the addition of Eagle Forum Education & Legal Defense Fund as an intended *amicus* or movant in this appeal.

**B.    Rulings Under Review**

Eagle Forum adopts Appellants' statement of rulings under review.

**C.    Related Cases**

Eagle Forum adopts the Appellants' statement of related cases.

Dated: August 26, 2019                    Respectfully submitted,


_/s/ Lawrence J. Joseph_
Lawrence J. Joseph, DC Bar #464777
1250 Connecticut Av NW Suite 700-1A
Washington, DC 20036
Telephone: (202) 355-9452
Facsimile: (202) 318-2254
Email: ljoseph@larryjoseph.com

*Counsel for Amicus Eagle Forum Education & Legal Defense Fund*

ii

## REPRESENTATION OF INTENT TO FILE *AMICUS* BRIEF

Pursuant to Circuit Rule 29(b), the Eagle Forum Education & Legal Defense Fund ("EFELDF") hereby notifies the Court of its intent to file an *amicus curiae* brief in this case in support of the federal Defendants-Appellants. The Defendants-Appellants have consented to the filing of the *amicus* brief, provided that the brief is timely filed. The Plaintiffs-Appellees have not yet stated a position, but may still do so before the deadline for filing the *amicus* brief. In the absence of all parties' consent, EFELDF will move the Court for leave to file the *amicus* brief, which primarily concerns issues of the federal courts' Article III jurisdiction not raised by the Defendants-Appellants' opening brief. *See Kamen v. Kemper Fin. Servs.*, 500 U.S. 90, 97 n.4 (1991) (courts' hesitation to consider arguments raised solely by an *amicus* does not apply to jurisdictional arguments).

Dated: August 26, 2019           Respectfully submitted,

                       /s/ Lawrence J. Joseph

Lawrence J. Joseph, DC Bar #464777
1250 Connecticut Av NW Suite 700-1A
Washington, DC 20036
Telephone: (202) 355-9452
Facsimile: (202) 318-2254
Email: ljoseph@larryjoseph.com

*Counsel for Amicus Eagle Forum Education & Legal Defense Fund*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August, 2019, I have caused the foregoing document to be served on the parties' counsel via the Court's CM/ECF System.

/s/ Lawrence J. Joseph
Lawrence J. Joseph