[ORAL ARGUMENT NOT SCHEDULED]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, et al. | )<br>)<br>) |
| *Plaintiffs-Appellees,* | )<br>) |
| v. | ) No. 19-5130 |
| OFFICE OF MANAGEMENT AND BUDGET, et al. | )<br>)<br>) |
| *Defendants-Appellants.* | )<br>) |

## MOTION OF *AMICI CURIAE* TO FILE THEIR SUPPLEMENTAL JOINT APPENDIX

Pursuant to Circuit Rule 30(e), *Amici Curiae* The Chamber of Commerce of the United States of America, HR Policy Association, The National Association of Manufacturers, American Bankers Association, American Society of Employers, Associated Builders and Contractors, Associated General Contractors of America, Center for Workplace Compliance, Institute for Workplace Equality, National Federation of Independent Business, National Retail Federation, Restaurant Law Center, Retail Litigation Center, Inc., and Society for Human Resource Management (collectively "*Amici*"), respectfully request leave to file their Supplemental Joint Appendix. *Amici*'s Supplemental Joint Appendix, which was lodged with the Court on August 26, 2019, contains six additional documents that do not appear in the Joint

Appendix. Accordingly, *Amici* respectfully request that the clerk allow the Supplemental Joint Appendix to be filed.

                                                    Respectfully submitted,

DATED: August 27, 2019         SEYFARTH SHAW LLP

                                                   By   */s/ Camille A. Olson*

                                                   CAMILLE A. OLSON
                                                 Richard B. Lapp
                                                 Annette Tyman
                                                 Andrew Cockroft
                                                 **SEYFARTH SHAW LLP**
                                                 233 S. WACKER DR., SUITE 8000
                                                 CHICAGO, IL 60606
                                                 (312) 460-5000
                                                 colson@seyfarth.com
                                                 Lawrence Z. Lorber
                                                 975 F. STREET, NW
                                                 WASHINGTON, DC, 20004
                                                 (202) 463-2400
                                                 llorber@seyfarth.com
                                                 COUNSEL FOR ALL *AMICI*

**ADDITIONAL CO-COUNSEL**

Daryl Joseffer
Jonathan Urick
U.S. Chamber Litigation Center
1616 H Street, NW
Washington, DC 20062
(202) 463-5337
DJoseffer@USChamber.com
*Co-Counsel, The Chamber of Commerce of the United States of America*

G. Roger King
McGuinness, Yager & Bartl LLP
1100 13th Street, NW, Suite 850
Washington, DC 20005
(202) 375-5004
rking@hrpolicy.org
*Co-Counsel, HR Policy Association*

Peter C. Tolsdorf
Leland P. Frost
Manufacturers' Center for Legal Action
733 10th Street NW, Suite 700
Washington, DC 20001
(202) 637-3000
ptolsdorf@nam.org
lfrost@nam.org
*Co-Counsel, The National Association of Manufacturers*

Thomas Pinder
American Bankers Association
1120 Connecticut Avenue, N.W.
Washington, DC 20036
(202)663-5028
tpinder@aba.com
*Co-Counsel, American Bankers Association*

Rae R. Vann
Michael J. Eastman
NT LAKIS, LLP
1501 M Street, N.W.
Suite 1000
Washington, DC 20005
(202) 629-5600
rvann@ntlakis.com
meastman@ntlakis.com
*Co-Counsel, Center for Workplace Compliance*

David S. Fortney
Fortney & Scott
1750 K St., NW, Suite 325
Washington, DC 20006
(202) 689-1200
dfortney@fortneyscott.com
*Co-Counsel, The Institute for Workplace Equality*

Elizabeth Milito
National Federation of Independent Business
53 Century Blvd., Suite 250
Nashville, TN 37214
(800) 634-2669
Elizabeth.Milito@NFIB.ORG
*Co-Counsel, National Federation of Independent Business*

Stephanie Martz  
National Retail Federation  
1101 New York Avenue NW  
Suite 1200  
Washington, DC 20005  
(202) 783-7971  
martzs@nrf.com  
*Co-Counsel, National Retail Federation*

Angelo I. Amador  
Restaurant Law Center  
2055 L Street, NW  
Seventh Floor  
Washington, DC 20036  
(202) 331-5913  
AAmador@restaurant.org  
*Co-Counsel, Restaurant Law Center*

Deborah White  
Retail Litigation Center, Inc.  
1700 N. Moore Street, Suite 2250  
Arlington, VA 22209  
(703) 600-2067  
Deborah.White@rila.org  
*Co-Counsel, Retail Litigation Center, Inc.*

James Banks, Jr.  
Society for Human Resource Management  
1800 Duke Street  
Alexandra, VA 22314  
(800) 283-7476  
James.BanksJr@shrm.org  
*Co-Counsel, Society for Human Resource Management*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the length limit of Fed. R. App. P. 27(d)(2) because it contains 122 words.

DATED: August 27, 2019    SEYFARTH SHAW LLP


By /s/ Camille A. Olson
CAMILLE A. OLSON
COUNSEL FOR ALL *AMICI*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2019, I electronically filed the foregoing Motion with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

DATED: August 27, 2019        SEYFARTH SHAW LLP


                By  /s/  Camille A. Olson
                CAMILLE A. OLSON
                COUNSEL FOR ALL *AMICI*