# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** National Women's Law Center, et al.

v.

Office of Management and Budget, et al.

**Case No:** 19-5130

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ● Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

National Women's Law Center

Labor Council for Latin American Advancement

### Counsel Information

Lead Counsel:

Direct Phone: (___) _____ Fax: (___) _____-____  Email:

2nd Counsel:

Direct Phone: (___) _____ Fax: (___) _____-____  Email:

3rd Counsel: Robin F. Thurston

Direct Phone: ( 202 ) 701-1775  Fax: (___) _____-____  Email: rthurston@democracyforward.org

Firm Name: Democracy Forward Foundation

Firm Address: 1333 H St NW STE 1100, Washington, DC 200005

Firm Phone: ( 202 ) 448-9090  Fax: (___) _____-____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)