[ORAL ARGUMENT NOT SCHEDULED]

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 19-5130

NATIONAL WOMEN'S LAW CENTER, *et al.*,

   *Appellees,*

   v.

OFFICE OF MANAGEMENT AND BUDGET, *et al.*,

   *Appellants.*

### APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME

Appellees National Women's Law Center and Labor Council for Latin American Advancement, through undersigned counsel, respectfully move for an extension of the briefing schedule until October 18, 2019 for Appellees' brief, and November 8, 2019 for Appellants' reply brief. Appellees' brief is due on September 18, 2019. The undersigned has conferred with opposing counsel, who states that they do not oppose this request.

Good cause exists for this request. Undersigned counsel, who will be primarily responsible for preparing Appellees' brief, returned to work from maternity leave within the past two weeks and needs additional time to review and analyze Appellants' brief as well as to prepare filings with upcoming deadlines in other litigation matters for which she is responsible.

## **CONCLUSION**

For the foregoing reasons, Appellees respectfully request an extension of time of the briefing schedule until October 18, 2019 to file their brief and until November 8, 2019 for Appellants to file their reply brief.

        Respectfully submitted,

        By: __/s/ *Robin F. Thurston*__
        JAVIER M. GUZMAN
        (D.C. Bar #462679)
        JEFFREY B. DUBNER
        (D.C. Bar #1013399)
        ROBIN F. THURSTON
        (D.C. Bar # 1531399)
        Democracy Forward Foundation
        P.O. Box 34553
        Washington, D.C. 20530
        (202) 448-9090

        *Attorneys for Appellees*

Dated: September 5, 2019

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of September, 2019, I caused a true and correct copy of the foregoing to be served upon Appellants' counsel through the Court's CM/ECF system.

By:   /s/ *Robin F. Thurston*

ROBIN F. THURSTON
(D.C. Bar # 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20530
(202) 448-9090
*Attorneys for Appellees*