**[ORAL ARGUMENT NOT SCHEDULED]**

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 19-5130**

NATIONAL WOMEN'S LAW CENTER, *et al*.,

    *Appellees,*

    v.

OFFICE OF MANAGEMENT AND BUDGET, *et al*.,

    *Appellants.*

## <u>CERTIFICATE OF COMPLIANCE</u>

Appellees National Women's Law Center and Labor Council for Latin American Advancement, through undersigned counsel, certify that a previously filed Unopposed Motion for Extension of Time complies with the type-volume limit of Federal Rule of Appellate Procedure 32(g)(1) because it contains 300 words. The Motion also complies with typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) because it was prepared using Microsoft Word 2016 in Times New Roman 14-point font, a proportionally spaced typeface.

        By: _____ /s/ *Robin F. Thurston* _____
           JAVIER M. GUZMAN
           (D.C. Bar #462679)
           JEFFREY B. DUBNER
           (D.C. Bar #1013399)

ROBIN F. THURSTON
(D.C. Bar # 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20530
(202) 448-9090

*Attorneys for Appellees*