# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-5130**                                             September Term, 2019

1:17-cv-02458-TSC

Filed On: September 10, 2019 [1805807]

National Women's Law Center and Labor Council For Latin American Advancement,

      Appellees

      v.

Office of Management and Budget, et al.,

      Appellants

## O R D E R

Upon consideration of the motion of *amici curiae* The Chamber of Commerce of the United States of America, et al. for leave to file a supplemental appendix, and the lodged supplemental appendix; and appellees' unopposed motion for extension of time to file its brief, it is

**ORDERED** that the motion for leave to file a supplemental appendix be granted. The Clerk is directed to file the lodged supplemental appendix. It is

**FURTHER ORDERED** that the motion to extend time be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | October 18, 2019 |
| Appellants' Reply Brief | November 8, 2019 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk