**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** National Women's Law Center, et al.

v.

Office of Management and Budget, et al.

**Case No:** 19-5130

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

National Women's Law Center

Labor Council for Latin American Advancement

### Counsel Information

**Lead Counsel:** Emily Martin

**Direct Phone:** (202) 588-5180  Fax: ( ) -  **Email:** emartin@nwlc.org

**2nd Counsel:** Sunu Chandy

**Direct Phone:** (202) 588-5180  Fax: ( ) -  **Email:** schandy@nwlc.org

**3rd Counsel:** Maya Raghu

**Direct Phone:** (202) 588-5180  Fax: ( ) -  **Email:** mraghu@nwlc.org

**Firm Name:** National Women's Law Center

**Firm Address:** 11 Dupont Circle NW, Suite 800 Washington, D.C. 20036

**Firm Phone:** (202) 588-5180  Fax: ( ) -  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)