[ORAL ARGUMENT NOT SCHEDULED]
No. 19-5130

*In the*
United States Court of Appeals
*for the*
District of Columbia Circuit

───────────────────────────────

NATIONAL WOMEN'S LAW CENTER, *et al.*,

*Plaintiffs-Appellees*,

— v. —

OFFICE OF MANAGEMENT AND BUDGET, *et al.*,

*Defendants-Appellants*.

───────────────────────────────

On appeal from the
United States District Court for the District of Columbia
Case No. 17-2458

───────────────────────────────

**MOTION OF PLAINTIFFS-APPELLEES TO FILE THEIR SUPPLEMENTAL APPENDIX**

───────────────────────────────

Appellees, pursuant to Circuit Rule 30(e), respectfully request leave to file their Supplemental Appendix. Appellees' Supplemental Appendix contains four additional documents that do not appear in the Joint Appendix. Accordingly, Appellees respectfully request that the clerk allow the Supplemental Appendix to be filed.

1

DATED: October 18, 2019        Respectfully submitted,

/s/ *Robin F. Thurston*
Robin F. Thurston

Javier M. Guzman
Robin F. Thurston
Jeffrey B. Dubner
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090

Emily Martin
Sunu P. Chandy
Maya Raghu
*National Women's Law Center*
*11 Dupont Center, Suite 800*
*Washington, D.C., 20036*
*(202) 588-5180*

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the length limit of Fed. R. App. P. 27(d)(2) because it contains 43 words.

DATED: October 18, 2019

/s/ *Robin F. Thurston*
Robin F. Thurston

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2019, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM-ECF system.

DATED: October 18, 2019

*/s/   Robin F. Thurston*
Robin F. Thurston