[ORAL ARGUMENT NOT SCHEDULED]
No. 19-5130

---

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

NATIONAL WOMEN'S LAW CENTER, et al.,
*Plaintiffs-Appellees,*
v.
OFFICE OF MANAGEMENT AND BUDGET, et al.,
*Defendants-Appellants.*

---

NOTICE OF CONSENT OF PARTICIPATION OF JENNY R. YANG, FORMER CHAIR, VICE CHAIR, AND COMMISSIONER OF THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, AND PATRICIA A. SHIU, FORMER DIRECTOR, OFFICE OF FEDERAL CONTRACT COMPLIANCE PROGRAMS, DEPARTMENT OF LABOR, AS *AMICI CURIAE* IN SUPPORT OF APPELLEES

Pursuant to Federal Rule of Appellate Procedure 29(a) and Circuit Rule 29(b), counsel for Jenny R. Yang and Patricia A. Shiu hereby represent that all parties in the above-referenced case consent to their participation as *amicus curiae* in support of the Appellees, National Women's Law Center, et al.

Dated: October 25, 2019

Respectfully submitted,

/s/ Ellen Eardley

Ellen Eardley
Mehri & Skalet, PLLC

1250 Connecticut Ave., NW
Suite 300
Washington, DC 20036
[eeardley@findjustice.com](mailto:eeardley@findjustice.com)
(202) 822-5100

Sarah Crawford
Pamela Coukos
Working IDEAL
1875 Connecticut Ave., NW
10th Floor
Washington, DC 20009

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2019, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM-ECF system.

Dated: October 25, 2019                     /s/ Ellen Eardley
                                            Ellen Eardley