No. 19-5130

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

NATIONAL WOMEN'S LAW CENTER, ET AL.,

*Plaintiffs-Appellees,*

v.

OFFICE OF MANAGEMENT AND BUDGET, ET AL.,

*Defendants-Appellants.*

NOTICE OF INTENT TO FILE BRIEF OF STATISTICIANS,
ECONOMISTS, MANAGEMENT RESEARCHERS, AND OTHER
EMPLOYMENT ANALYSTS
AS *AMICI CURIAE*
IN SUPPORT OF APPELLEES AND SUPPORTING AFFIRMANCE

On Appeal from the U.S. District Court for the District of Columbia
Case No. 1:17-cv-02458-TSC, Hon. Tanya S. Chutkan

CAROLYN L. WHEELER
KATZ, MARSHALL & BANKS, LLP
1718 Connecticut Avenue, NW
Sixth Floor
Washington, DC 20009
(202) 299-1140
Counsel for Amici Curiae

# NOTICE OF INTENT TO FILE *AMICUS* BRIEF

In accordance with Circuit Rule 29(a)(2), the "Statisticians, Economists, Management Researchers, and Other Employment Analysts" state that they intend to file a brief as *amici curiae* in support of the National Women's Law Center, et al., Plaintiffs-Appellees in this case. All parties have consented to the filing of this brief. The brief addresses the issues raised in this case about the importance of pay data collection from the unique perspective of experts who work with the data in advising clients on pay issues.

Respectfully submitted,

/s/ Carolyn L. Wheeler
CAROLYN L. WHEELER

KATZ, MARSHALL & BANKS, LLP
1718 Connecticut Avenue, NW
Sixth Floor
Washington, DC 20009
(202) 299-1140
**Counsel for Amici Curiae**

## CERTIFICATE OF SERVICE

    I hereby certify that on October 25, 2019, I electronically filed this notice with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

Dated: October 25, 2019                                  /s/ Carolyn L. Wheeler
                                                                CAROLYN L. WHEELER