**[ORAL ARGUMENT NOT SCHEDULED]**

**No. 19-5130**

---

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**NATIONAL WOMEN'S LAW CENTER, ET AL.,**

*Plaintiffs-Appellees,*

**v.**

**OFFICE OF MANAGEMENT AND BUDGET, ET AL.,**

*Defendants-Appellants.*

---

**BRIEF OF STATISTICIANS, ECONOMISTS, MANAGEMENT
RESEARCHERS, AND OTHER EMPLOYMENT ANALYSTS
AS *AMICI CURIAE*
IN SUPPORT OF APPELLEES AND SUPPORTING AFFIRMANCE**

---

**On Appeal from the U.S. District Court for the District of Columbia
Case No. 1:17-cv-02458-TSC, Hon. Tanya S. Chutkan**

---

**CAROLYN L. WHEELER
KATZ, MARSHALL & BANKS, LLP
1718 Connecticut Avenue, NW
Sixth Floor
Washington, DC 20009
(202) 299-1140
Counsel for Amici Curiae**

**CERTIFICATE AS TO PARTIES, RULINGS UNDER REVIEW,
AND RELATED CASES**

A. Parties and *Amici Curiae*.  All parties appearing in this Court are listed in the Brief for Appellants.  All *amici curiae* participating in the district court are listed in the Brief for Appellants.  All *amici* participating as *amici curiae* in support of Appellants in this Court are listed in the caption and Corporate Disclosure Statement of *Amici Curiae*, The Chamber of Commerce of the United States of America, *et al.  Amici* participating as *amici curiae* in support of Appellees are listed in the caption of this brief and in Appendix A.  There may be additional *amici* filing in support of Appellees.

Pursuant to Fed. R. App. P. 26.1 and 29, the undersigned counsel certifies that none of the *amici curiae* is a nongovernmental entity with a parent corporation or a publicly held corporation that owns 10 percent or more of its stock.  This representation is made so that the judges of this Court may evaluate possible disqualification or recusal.

B. Rulings Under Review.  An accurate reference to the rulings at issue appears in the Brief for Appellants.

C. <u>Related Cases</u>.  An accurate statement regarding related cases appears in the Brief for Appellants.

Respectfully submitted,

Dated:  October 25, 2019

/s/ Carolyn L. Wheeler
CAROLYN L. WHEELER
Counsel for *Amici Curiae*

# TABLE OF CONTENTS

Certificate as to Parties, Rulings Under Review, and Related Cases ........................i

Table of Authorities ...............................................................................................iv

Interest of *Amici Curiae* ..........................................................................................1

Summary of the Argument.......................................................................................2

Argument...................................................................................................................2

    I.  Pay Discrimination Remains Widespread...................................................2

    II.  EEO-1 Data are Central to EEOC's Fulfillment of its Mission ...............6

    III. EEO-1 Component 2 is Designed to Provide Useful Data.....................13

    IV. EEO-1 Component 2 Imposes Minimal Reporting Burden ...................15

Conclusion ............................................................................................................17

Certificate of Compliance .....................................................................................19

Certificate of Service ............................................................................................20

Appendix:  Signatories of this *Amici Curiae* Brief.................................................22

# TABLE OF AUTHORITIES

**Statutes**                                                                                                           **Page(s)**

5 U.S.C. § 3371 *et seq.*.......................................................................................12

5 U.S.C. § 3372(e)(2)..........................................................................................12

29 U.S.C. § 206 *et seq.*........................................................................................3

42 U.S.C. § 2000e *et seq.*.................................................................................3, 17

42 U.S.C. § 2000e-8(c) .........................................................................................6

42 U.S.C. § 2000e-8(e) ........................................................................................12

44 U.S.C. § 3506 (c)(2)(A) ...................................................................................17

**Regulations**

29 C.F.R. § 1601.74 .............................................................................................11

29 C.F.R. § 1602.7 ................................................................................................7

**Rules**

Fed. R. App. P. 29(a)(2).........................................................................................1

Fed. R. App. P. 29(a)(4)(E)....................................................................................1

**Executive Orders**

Exec. Order No. 11246, 30 Fed. Reg. 12319 (Sept. 24, 1965)...................................3

Exec. Order No. 11375, 32 Fed. Reg. 14303 (Oct. 13, 1967) ...................................3

**Other Authorities**

Francine D. Blau and Lawrence M. Kahn, "The Gender Wage Gap: Extent, Trends and Explanations," *Journal of Economic Literature* 55 (2017) ...................4

## TABLE OF AUTHORITIES (continued)

*Collecting Earnings Data to Guide OFCCP Compensation Compliance Evaluations: A Proposed Design* (Report under Contract DOLJ109E310110, May 2013 ...................................................................................5, 13

Committee on National Statistics, National Research Council of the National Academy of Sciences, *Collecting Compensation Data from Employers* (Washington, DC: National Academies Press, 2012), *available at* www.nap.edu  13

Diversity in High Tech, Diversity in the Finance Industry, Diversity in the Media, Retail Distribution Centers, High End Department Stores, *available at* www.eeoc.gov/eeoc/statistics/reports/ .....................................................9

R. G. Ehrenberg and R. S. Smith, *Modern Labor Economics* (Boston: Pearson Addison Wesley, 13th edition 2018) ........................................................5

*EEOC Enforcement and Litigation Statistics available at* www.eeoc.gov/eeoc/statistics/enforcement/ ...........................................7

*EEOC Survey System Modernization Work Group Meeting*, March 2012 *available at* www.eeoc/gov/employers/eeo1survey/survey-modernization.pdf  .......................14

*The Equal Opportunity Survey: Analysis of a First Wave of Survey Responses* (Report under Contract B9EO2165, Office of Contract Compliance Programs, U.S. Department of Labor, September 2000) .........................................13

*The Gender Wage Gap by Occupation 2018,* Institute for Women's Policy Research Fact Sheet C480, April 2019, *available at* https://iwpr.org/publications/gender-wage-gap-occupation-2018/.......................................................................6

R. Hayes-Thomas, *Managing Workplace Diversity and Inclusion* (New York: Routledge, 2017).....................................................................5

Job Patterns for Minorities and Women in Private Industry (EEO-1) *available at* www.eeoc.gov/eeoc/statistics/employment/.............................................9

**TABLE OF AUTHORITIES (continued)**

Stacy Jones and Grace Donnelly, "Why We Logged Every Fortune 500 Company's Data, or Lack Thereof," *Fortune, available at* https://fortune.com/2017/06/16/why-we-logged-every-fortune-500-companys-diversity-data-or-lack-thereof/...............12

*Methodology for Developing the Supply and Services Scheduling List FY 2019, Release-1 available at* https://www.dol.gov/ofccp/scheduling/ .............................10

National Committee on Pay Equity, *The Next Equal Pay Day is March 31, 2020, available at* https://pay-equity.org/day.html ............................................................4

NORC (formerly National Opinion Research Center), www.norc.org .................15

Ogletree Deakins, "EEOC Provides Guidance on EEO-1 Component 2 Filing," July 5, 2019 *at* https://ogletree.com/insights/2019-07-05/...............................................15

Eileen Patten, "Racial, Gender Wage Gaps Persist in U.S. Despite Some Progress," *Pew Research Fact Tank*, July 1, 2016, *available at* www.pewresearch.org/fact-tank ...............................................................................4

*Services Provided by the Office of Research, Information, and Planning Program Research and Surveys Division available at*
https://www.eeoc.gov/litigation/manual/.................................................................14

Society for Human Resource Management, "Employers Should Review EEO-1 Guidance Before Pay-Data Reporting Deadline," July 11, 2019 *at* www.shrm.org/ResourcesandTools/ ................................................................. 15-16

*State and Local Agencies*, Washington Field Office
https://www.eeoc.gov/field/washington/fepa.cfm/..................................................11

**TABLE OF AUTHORITIES (continued)**

Donald Tomascovic-Devey, Professor of Sociology, University of Massachusetts, Amherst, Written Testimony at *Meeting of July 1, 2015, EEOC at 50: Progress and Continuing Challenges in Eradicating Employment Discrimination*, *available at* www.eeoc.gov/eeoc/meetings/ .............................................................12

U.S. Bureau of Labor Statistics, *The Employment Situation - August 2019* (New Release USDL-19-1573, Sept. 6, 2019).........................................................5

Women's Bureau of the U.S. Department of Labor, Facts over Time, Gender Earnings Ratio by Weekly Earnings 1979-2018, available at https://www.dol.gov/wb/stats/NEWSTATS/facts/earn_earnings_ratio.htm#earn-gender-weekly............................................................................................4

## INTEREST OF *AMICI CURIAE*[1]

*Amici curiae* are 41 statisticians, economists, management researchers, and other employment analysts who conduct research, teach, and consult about employment issues.  Many have appeared as expert witnesses in employment discrimination cases in federal or state courts, some on behalf of employers and others on behalf of employees.  Collectively, they have several hundred years of experience with the issues before the Court.  They have an interest in the government's ability to collect accurate employment pay data from employers because those data are vital to their ability to provide accurate analyses on relevant pay issues to their students, clients, fellow researchers, public officials, and the general public. Their professional affiliations and selected examples of their scholarly research appear in Appendix 1.[2]

---

[1] Counsel for *amici curiae* states that no counsel for a party authored this brief in whole or in part, and no person other than *amici curiae* or its counsel made a monetary contribution to its preparation or submission. Fed. R. App. P. 29(a)(4)(E). *Amici* are authorized to file this brief because all parties have consented to its filing. Fed. R. App. P. 29(a)(2).

[2] *Amici* sign this brief in their personal capacities and not on behalf of any organization with which they may be affiliated.

# SUMMARY OF ARGUMENT

*Amici* make four points:

- Pay discrimination based on gender and race/ethnicity remains a widespread social and economic problem in the American labor market today.

- EEO-1 data are central to EEOC's fulfillment of its mission of promoting compliance with the nation's employment discrimination laws. This has been the case for data collected for many decades through EEO-1 Component 1, and it promises to be equally the case for EEO-1 Component 2.

- EEO-1 Component 2 is well designed to support EEOC in fulfilling this mission.

- EEO-1 Component 2 imposes minimal reporting burdens on employers.

Accordingly, collection of pay data through EEO-1 Component 2 conforms to the relevant requirements of Title VII of the Civil Rights Act of 1964 and the Paperwork Reduction Act as *amici* understand them.

# ARGUMENT

## I.  PAY DISCRIMINATION REMAINS WIDESPREAD

Inequality in earnings between women and men, and between racial/ethnic minorities and whites,[3] has been a widespread, persistent feature of the American

---

[3] Demographic groups other than those discussed in this brief -- including persons with disabilities, older workers, and persons of certain sexual orientations or gender

labor market throughout its history. Gender and race/ethnic disparities in pay have long paralleled, reflected, and reinforced other aspects of employment disadvantage for those groups, including under-representation in (or total exclusion from) many occupations and conscious or unconscious policies and practices (including harassment) treating them unfavorably in the workplace.

Statutes enacted during the 1960s, including Title VII of the Civil Rights Act of 1964,[4] the Equal Pay Act,[5] Executive Order 11246,[6] and analogous state and local laws, provide important legal tools for changing this pattern. In combination with evolving social norms and employment practices, these statutes have significantly contributed to reducing gender disparities in earnings. For example, in 1979, among persons employed full time for the full year, women's earnings averaged 62.3% of the earnings of counterpart men (that is, a wage gap of 37.7%), while by 2018, that

---

identities -- also experience earnings inequality. They are not discussed herein because EEO-1 reports do not collect data on them.

[4] 42 U.S.C. § 2000e *et seq.*

[5] 29 U.S.C. § 206 *et seq.*

[6] Exec. Order No. 11246, 30 Fed. Reg. 12319 (Sept. 24, 1965) (prohibiting employment discrimination on the basis of race, color, religion, or national origin), *amended by* Exec. Order No. 11375, 32 Fed. Reg. 14303 (Oct. 13, 1967) (including sex as a protected class).

ratio had risen to 81.1% (a wage gap of 18.9%).[7]  For racial/ethnic minorities, the disparities have reduced to a more limited extent.  For example, in 1980, Hispanic men on average earned 69% of the earnings of counterpart white non-Hispanic men, and by 1980, that figure had risen to 71%.[8]  Moreover, the rate at which disparities have diminished has slowed since the beginning of the twenty-first century, and in some instances may have reversed.[9]

Earnings disparities such as those discussed above are widely publicized in slogans such as "women earn only $.78 on the dollar" and designation of a day about one-third of the way through the year as "Equal Pay Day."[10]

The extent to which such pay disparities are attributable to employer discrimination is more difficult to measure. However, there is clear consensus

---

[7] Women's Bureau of the U.S. Department of Labor, *Facts over Time, Gender Earnings Ratio by Weekly Earnings 1979-2018, available at* https://www.dol.gov/wb/stats/NEWSTATS/facts/earn_earnings_ratio.htm#earn-gender-weekly.

[8] Eileen Patten, "Racial, Gender Wage Gaps Persist in U.S. Despite Some Progress," *Pew Research Fact Tank*, July 1, 2016, *available at* www.pewresearch.org/fact-tank.

[9] Francine D. Blau and Lawrence M. Kahn, "The Gender Wage Gap: Extent, Trends, and Explanations," *Journal of Economic Literature* 55 (2017), pp. 789-865.

[10] National Committee on Pay Equity, *The Next Equal Pay Day is March 31, 2020, available at* https://pay-equity.org/day.html

among researchers that, although discrimination-based disparities are smaller than the total disparities illustrated in the previous paragraph, they are nevertheless substantial.[11]  For example, one study commissioned by the U.S. Department of Labor as part of the possible development of an EEO-1-based wage survey summarized multiple research studies to estimate the pay gap between women and men likely to reflect employer discrimination at about 8.5% for gender and 10% for race/ethnic minorities.[12]

For the 77 million women, 37 million non-whites, and 29 million Hispanics in the U.S. civilian labor force today,[13] these pay gaps represent many billions of dollars in lost earnings every year.

---

[11] The extensive economic and statistical research supporting this conclusion is summarized, for example,  in textbooks such as R. G. Ehrenberg and R. S. Smith, *Modern Labor Economics* (Boston: Pearson Addison Wesley, 13th edition 2018), Chapter 12 ("Race, Gender and Ethnicity in the Labor Market") and Chapter 15 ("Inequality in Earnings"). The extensive sociological, psychological, and managerial research supporting the same conclusion is summarized in textbooks such as R. Hayes-Thomas, *Managing Workplace Diversity and Inclusion* (New York: Routledge, 2017).

[12] *Collecting Earnings Data to Guide OFCCP Compensation Compliance Evaluations: A Proposed Design* (Report under Contract DOLJ109E310110, May 2013).

[13] U.S. Bureau of Labor Statistics, *The Employment Situation - August 2019* (New Release USDL-19-1573, Sept. 6, 2019), Tables A-1 – A-3.

Research further documents that gender and race/ethnic earnings disparities are found in essentially all major occupations in the U.S. labor market, whether workers from an adversely-affected group constitute the majority of workers in the occupation or are rarely employed there. For example, among truck drivers, where 94% of workers are male, women earn on average 67.4% as much as counterpart men, while among secretaries and administrative assistants, where 94% of workers are female, they still earn only 83.4% as much as counterpart men.[14]

Thus, as the nation approaches the third decade of the twenty-first century, pay disparities based on gender and race/ethnic discrimination remain a major fact of life in the American labor market. These continuing disparities suggest the importance of analytical and legal tools to address the problem, including EEO-1 Component 2.

## II.    EEO-1 DATA ARE CENTRAL TO EEOC'S FULFILLMENT OF ITS MISSION

Title VII of the Civil Rights Act of 1964 requires employers to make, preserve, and report records relevant to determining whether unlawful employment practices have been committed.[15] Since 1966, EEOC has directed employers with

---

[14] *The Gender Wage Gap by Occupation 2018*, Institute for Women's Policy Research Fact Sheet C480, April 2019, available at https://iwpr.org/publications/gender-wage-gap-occupation-2018/

[15] 42 U.S.C. § 2000e-8(c).

100 or more employees to file what is known as Equal Employment Opportunity (EEO-1) Reports.[16]  In 2017 (the latest year for which data have been publicly released), the EEO-1's "Component 1" collected data on the gender and race/ethnic composition of the workforce in 272,000 private sector establishments nationwide, covering 54.4 million total employees.[17]

The clearest indicator of how EEOC would use pay data collected through EEO-1 Component 2 is how the agency uses the non-pay data it has been collecting for decades through EEO-1 Component 1.   In fulfilling its mission of promoting compliance with federal statutes against gender and race/ethnic employment discrimination, EEOC currently uses EEO-1 Component 1 data in at least eleven ways, as described below.

1) <u>Processing EEOC Complaints</u>.  In Fiscal year 2018, EEOC received 24,600 charges of race discrimination, 24,655 of gender discrimination, 7,106 of national origin discrimination, and 3,166 of color discrimination.  EEOC staff must determine the agency's response to each charge -- for example, whether to refer the charge to mediation; how to classify the charge for purposes of determining the extent of

---

[16] 29 C.F.R. § 1602.7.

[17] Unless otherwise noted, data cited in this section are from *EEOC Enforcement and Litigation Statistics available at* www.eeoc.gov/eeoc/statistics/enforcement/ .

investigative resources to devote to the charge; whether to make a determination of cause to believe discrimination has occurred; what amount to demand in conciliation of a charge; whether to initiate litigation; or whether to authorize the charging party to pursue private litigation. In making these tens of thousands of determinations annually, EEOC investigators and attorneys commonly examine EEO-1 statistics on the demographic composition of the charging party's workplace, as well as compare that workplace against EEO-1 data for other workplaces in the same industry and local labor market. To facilitate these analyses, EEOC makes EEO-1 data and specialized software available on desktop computers throughout the agency's 53 district and field offices where the complaints are processed.

2) <u>Supporting EEOC Litigation</u>. In Fiscal Year 2018, EEOC initiated 217 lawsuits, including 111 under Title VII of the Civil Rights Act of 1964. During litigation, EEO-1 data on the demographic profile of the defendant's workforce and comparison to other employers are commonly presented by EEOC as statistical evidence to support its allegations.

3) <u>Supporting EEOC Commissioner's Charges</u>. EEOC is empowered to initiate litigation against employers under "Commissioner's Charges" without worker charges having been filed. Statistical analyses of employers' workforces, including those based on EEO-1 data, are frequently a principal basis for initiating these charges.

4) <u>Publishing EEOC Research Reports</u>.  Periodically, EEOC prepares research reports on key issues in employment discrimination and makes them publicly available at www.eeoc.gov.  Currently-available reports examine, for example, the situation of women and/or race/ethnic minorities in industries such as high technology, high-end department stores, retail distribution centers, broadcast media, and investment banking.[18]  EEO-1 data are extensively reported in these studies.

5) <u>Making Summary Data Publicly Available</u>.  Each year, EEOC summarizes EEO-1 data to the greatest level of detail consistent with confidentiality, and publicly posts the resulting summaries on its website.[19]  These data are then readily available to all interested parties, including Congress and other public officials, advocates for both workers and employers, the news media, and the general public.  Because they are collected under consistent procedures from year to year and across a broad range of industries and occupations, these data provide one of the most reliable, widely-cited  "report cards" on where the nation currently stands, and how it is changing, in terms of employment disparities among gender and race/ethnic groups.

_____

[18] Diversity in High Tech, Diversity in the Finance Industry, Diversity in the Media, Retail Distribution Centers, High End Department Stores, *available at* www.eeoc.gov/eeoc/statistics/reports/.

[19] Job Patterns for Minorities and Women in Private Industry (EEO-1) *available at* www.eeoc.gov/eeoc/statistics/employment/.

6) <u>Assisting Employer Compliance</u>.  When proactively seeking to comply with federal equal opportunity or affirmative action requirements, employers commonly examine EEO-1 data on their own workforce and that of comparable other employers.  For example, using the publicly-posted data described above, an automobile manufacturer in Detroit can readily determine the representation of women in senior executive positions throughout its industry nationwide, and a hospital in Atlanta can readily compare its employment of African American technicians to that in the hospital industry throughout Georgia.

7) <u>Empowering the Office of Federal Compliance Programs (OFCCP)</u>.  EEOC collects EEO-1 data on behalf of a "Joint Reporting Committee" that includes itself and the OFCCP.    Under Executive Order 11246, the OFCCP is responsible for compliance with anti-discrimination statutes and affirmative requirements by private sector firms contracting with the federal government.  OFCCP staff commonly use EEO-1 data in examining complaints received by the agency concerning contractor violations of these mandates.  In addition, the agency conducts detailed compliance evaluations of a sample of contractors each year, and it has often used statistical models based on EEO-1 data to prioritize contractors where it is particularly likely violations will be found.[20]

---

[20] *See¸ e.g.*, *Methodology for Developing the Supply and Services Scheduling List FY 2019, Release-1 available at* https://www.dol.gov/ofccp/scheduling/.

8) <u>Empowering Fair Employment Practice Agencies (FEPAs)</u>.     EEOC contracts with about 90 state and local counterpart agencies nationwide to process more than 48,000 employment complaints filed each year under state and local anti-discrimination laws as well as federal statutes.[21]    To support this FEPA activity, EEOC makes available to each state the EEO-1 data for all employer establishments within their jurisdiction.

9)  <u>Supporting Resolution of Non-Government Enforcement Actions</u>. Workers who believe themselves to have experienced gender or race/ethnic discrimination may seek redress through a variety of non-governmental enforcement mechanisms, including mediations or arbitrations, complaints through labor unions, or privately-initiated litigation in federal or state courts.    In support of their respective positions in these processes, both plaintiffs and defendants often cite EEO-1 data on the workplace in question and comparisons to other, similar workplaces.

10) <u>Standardizing Employers' Voluntary Disclosure</u>: In recent years, a small number of major employers -- most prominently, Wal-Mart and Google -- have voluntarily informed their stakeholders and the general public about the

---

[21] *See e.g.*, *State and Local Agencies*, Washington Field Office https://www.eeoc.gov/field/washington/fepa.cfm/; 29 C.F.R. § 1601.74 (listing FEPA agencies).

representation of women and race/ethnic minorities in their workforce by publicly releasing their annual EEO-1 data.[22] By providing a standard format in which such information is released, the EEO-1 reporting system enhances the comparability of these data among companies and therefore their utility in examining the possibility of employment discrimination.

11) <u>Providing Unique Data to Researchers.</u> Under the Intergovernmental Personnel Act,[23] EEOC has appointed a number of academic researchers as unpaid federal employees, thereby providing them access to the EEO-1 data for scholarly research. EEO-1-based studies by these researchers have provided important new understandings of employment discrimination and related issues useful both to scholars and in guiding government efforts to combat discrimination.[24]

---

[22] Stacy Jones and Grace Donnelly, "Why We Logged Every Fortune 500 Company's Data, or Lack Thereof," *Fortune, available at* https://fortune.com/2017/06/16/why-we-logged-every-fortune-500-companys-diversity-data-or-lack-thereof/

[23] 5 U.S.C. § 3371 *et seq.* As unpaid federal employees, these researchers are bound by the same strict requirements as regular EEOC staff to preserve the confidentiality of individual employers' EEO-1 data. *See* 5 U.S.C. § 3372(e)(2); 42 U.S.C. 2000e-8(e) (confidentiality provisions of Title VII).

[24] *See, e.g.,* Donald Tomascovic-Devey, Professor of Sociology, University of Massachusetts, Amherst, Written Testimony at *Meeting of July 1, 2015, EEOC at 50: Progress and Continuing Challenges in Eradicating Employment Discrimination*, *available at* www.eeoc.gov/eeoc/meetings/

Once pay data are collected through EEO-1 Component 2, it is reasonable to assume that EEOC would use these data in the same ways it has long used data from Component 1. Thus, the agency would be able for the first time to promote compliance with pay discrimination laws using the same tools it has long deployed to promote compliance with other prohibitions on employment discrimination.

## III.  EEO-1 COMPONENT 2 IS DESIGNED TO PROVIDE USEFUL DATA

Throughout the process of designing Component 2, inputs were obtained from multiple researchers with both scholarly and practical perspectives.[25] Consistent

---

[25] Among these efforts:

- In April 2000, the OFCCP conducted a pilot project collecting wage data through the EEO-1 system from 7,000 federal contractors, and the results were evaluated by two independent research organizations. *The Equal Opportunity Survey: Analysis of a First Wave of Survey Responses* (Report under Contract B9EO2165, Office of Contract Compliance Programs, U.S. Department of Labor, September 2000).

- In 2013, the OFCCP commissioned independent researchers to develop a design for a wage survey to support its operational needs. *Collecting Earnings Data to Guide OFCCP Compensation Compliance Evaluations: A Proposed Design* (Report under Contract DOLJ109E310110, May 2013).

- In 2012, EEOC commissioned the National Academy of Sciences to advise it on the need for, and appropriate design of, a wage survey. Committee on National Statistics, National Research Council of the National Academy of Sciences, *Collecting Compensation Data from Employers* (Washington, DC: National Academies Press, 2012), *available at* www.nap.edu.

with those inputs, the technical aspects of Component 2 -- such as the demographic categories in which employees are to be reported, the time period over which employees' compensation is to be computed, the elements of compensation to be included in these calculations, and the definition of hours that employees worked -- are consistent with standard professional practices and appropriate for the uses to which the data are likely to be put.

EEOC has many decades of experience receiving, preparing, and using data from EEO-1 Component 1, as well as providing technical assistance to employers preparing their reports.   Annual summary data from EEO-1 reports have been reliably produced by the agency for every year since 1996.[26]  Within EEOC's Office of Research, Information, and Planning (ORIP), the Program Research and Surveys Division maintains a staff of professional statistical analysts to assist EEOC attorneys and other staff in understanding and applying  EEO-1 data and to conduct descriptive and inferential statistical analyses on their behalf.[27]  It is reasonable to

---

- In 2012, EEOC conducted a formal design consultation that included statisticians and similar experts. *EEOC Survey System Modernization Work Group Meeting*, March 2012 *available at* www.eeoc/gov/employers/eeo1survey/survey-modernization.pdf.

[26] See footnote 19 above.

[27] *Services Provided by the Office of Research, Information, and Planning Program Research and Surveys Division available at* https://www.eeoc.gov/litigation/manual/ .

expect this pool of internal agency experts to provide similar support with respect to EEO-1 Component 2.

To manage the large volume of data that EEO-1 Component 2 will add to the extensive data already being collected through EEO-1 Component 1, EEOC has contracted with one of the nation's leading non-profit, non-partisan research institutions, NORC (formerly National Opinion Research Center) at the University of Chicago. Founded in 1941, NORC has many decades of highly-respected experience developing and maintaining large social and economic surveys, including the U.S. Department of Labor's National Longitudinal Survey of Youth (since 1966) and the nationwide General Social Survey (since 1972).[28] Under this relationship, it is reasonable to expect that data from EEO-1 Component 2 will be promptly and accurately processed into data bases readily usable by EEOC staff and others.

## IV.   EEO-1 COMPONENT 2 IMPOSES MINIMAL REPORTING BURDENS

For each employee to be included in an employer's EEO-1 Component 2, employers have to determine the employee's race/ethnicity and gender as well as the employee's occupational category.[29] This requirement imposes close to zero

---

[28] *See* www.norc.org .

[29] The requirements discussed in this section are based on Ogletree Deakins, "EEOC Provides Guidance on EEO-1 Component 2 Filing," July 5, 2019 *at* https://ogletree.com/insights/2019-07-05/ and Society for Human Resource

additional reporting burdens on employers because EEO-1 Component 2 uses the same race/gender and occupational categories as EEO-1 Component 1, which employers filing EEO-1 reports will have already determined.

For each employee to be included in Component 2, employers will also have to determine the employee's total compensation. This requirement imposes close to zero additional reporting burdens on employers because EEO-1 Component 2 uses the same definition of compensation as "Box 1– Wages, Tips, Other Compensation" on IRS W-2 forms, which employers must already compute for income tax reporting purposes.

Finally, for each employee to be included in Component 2, employers have to determine the employee's total hours worked. This requirement imposes close to zero additional reporting burdens on employers because employers already routinely record hours worked for workers who are paid hourly, and for salaried employees, employers are allowed to report proxy numbers, such as 40 hours per week for full-time and 20 hours per week for part-time employees.

Thus, the primary source of any additional reporting burden imposed by Component 2 is the need to place each employee into a "Compensation Band" within her/his race/ethnicity/gender and occupational category, compute the number of

---

Management, "Employers Should Review EEO-1 Guidance Before Pay-Data Reporting Deadline," July 11, 2019 *at* www.shrm.org/ResourcesandTools/ .

employees falling into each of these groupings, and enter those numbers into the appropriate boxes in the Component 2 reporting form.  Only employers with at least 100 employees are required to complete Component 2, and almost all such employers already have computerized payroll systems to pay their employees.  Most also have computerized human resource information systems (HRIS) for other reporting and management purposes.  In those circumstances, all that is required to complete the new calculations is modest re-programming of existing computerized systems. Periodic re-programming is a routine occurrence for these systems -- for example, whenever tax rates are changed -- and typically engenders little cost or disruption.

## CONCLUSION

As the Government has acknowledged, Title VII authorizes EEOC to direct employers to make and keep relevant records that are reasonable, necessary, or appropriate for enforcement of the law, and the Paperwork Reduction Act only requires agencies to minimize the burden of this information collection and to ensure its utility and necessity. [30]

---

[30] *Brief for Appellants*, document #1802127 filed August 19, 2019, at page 13 (citing 42 U.S.C. § 2000e *et seq.*) and page 12 (citing 44 U.S.C. § 3506 (c)(2)(A)).

Considering these requirements through the lenses of their professional experience and the relevant scholarly research, *amici curiae* believe that collection by EEOC of pay data through EEO-1 Component 2 clearly meets these statutory requirements.

Respectfully submitted,

/s/ Carolyn L. Wheeler
CAROLYN L. WHEELER

KATZ, MARSHALL & BANKS, LLP
1718 Connecticut Avenue, NW
Sixth Floor
Washington, DC 20009
(202) 299-1140
**Counsel for Amici Curiae**

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B)(i) because it contains 3347 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

This brief also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. app. P. 32(a)(6), because this brief has been prepared in a proportionally spaced typeface, Times New Roman 14-point, using Microsoft Word 2013.

Dated:  October 25, 2019                    By:  /s/ Carolyn L. Wheeler____
                                                    CAROLYN L. WHEELER

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2019, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

Dated: October 25, 2019          /s/ Carolyn L. Wheeler
                                 CAROLYN L. WHEELER

**APPENDIX**

# APPENDIX: SIGNATORIES OF THIS BRIEF

## (in alphabetical order)

**RANDY ALBELDA, Ph.D.**

*Affiliation*

Professor of Economics, University of Massachusetts Boston

*Three Publications Related to Subject*

*Unlevel Playing Fields: Understanding Wage Inequality and Discrimination*, with Robert Drago. Economic Affairs Bureau, Fourth Edition 2013.

Randy Albelda "Equal Pay for Equal Work? New Evidence on the Persistence of the Gender Pay Gap: Testimony April 28, 2009" in US Congress, Joint Economic Committee, *Invest in Women, Invest in America: A Comprehensive Review of Women in the U.S. Economy*, pp. 78-86, 2010.

*Glass Ceiling and Bottomless Pits: Women's Work, Women's Poverty*, with Chris Tilly. South End Press, 1997.

**DEREK R. AVERY, Ph.D.**

*Affiliation*

David C. Darnell Presidential Chair of Principled Leadership, Wake Forest University

*Three Publications Related to Subject*

Hernandez, M., Avery, D. R., Volpone, S. D., & Kaiser, C. R. (2019). Bargaining while black: The role of race in salary negotiations. *Journal of Applied Psychology, 104*(4), 581-592.

Hall, E. V., Avery, D. R., McKay, P. F., Blot, J. F. & Edwards, M. (2019). Composition and compensation: The moderating effect of individual and team

performance on racial stigma-by-association and salary. *Journal of Applied Psychology, 104*(3), 448-463.

Avery, D. R., McKay, P. F., & Wilson, D. C. (2008). What are the odds? How demographic similarity affects the prevalence of perceived employment discrimination. *Journal of Applied Psychology*, *93*(2), 235–249.

## M. V. LEE BADGETT, Ph.D.

*Affiliation*

Professor of Economics and Faculty Co-Director of Center for Employment Equity, University of Massachusetts Amherst

Member, American Economic Association Committee on Equity, Diversity and Professional Conduct

*Three Publications Related to Subject*

"The Impact of a Ban on Sexual Orientation and Gender Identity Discrimination on Federal Contractors," M. V. Lee Badgett, Amanda Baumle, Steven Boutcher, and Eunjung Jee. Report for U.S. Department of Labor (DOL), Office of the Assistant Secretary for Policy, Chief Evaluation Office

"New Research on Sexual Orientation and Gender Identity Discrimination: Effect of State Policy on Charges Filed at the EEOC," Amanda K. Baumle, M. V. Lee Badgett, and Steven Boutcher. *Journal of Homosexuality.* 2019.

"Impact of Extending Sexual Orientation and Gender Identity Nondiscrimination Requirements to Federal Contractors," Williams Institute, February 2012.

## MARC BENDICK, JR., Ph.D.

*Affiliations*

Co-Principal, Bendick and Egan Economic Consultants, Inc.

Member, National Academy of Sciences Committee on Collecting Compensation Data from Employers

*Three Publications Related to Subject*

*Pathways to Equity, Narrowing the Wage Gap by Improving Women's Access to Good Middle-Skill Jobs.* Washington: Institute for Women's Policy Research, 2016. (with others).

23

"Using Information Regulation to Enhance Workplace Diversity, Inclusion and Fairness." *Argumenta Oeconomica Cracoviensia* 10 (2015), pp. 59-77 (with others).

"Setting Industry-Level Priorities for EEOC Enforcement." *Testimony, Equal Employment Opportunity Commission Hearings on the Strategic Enforcement Plan,* July 2012.

## WILLIAM T. BIELBY, Ph.D.

*Affiliations*

Emeritus Professor of Sociology, University of Illinois, Chicago

Emeritus Professor of Sociology, University of California, Santa Barbara

*Three Publications Related to Subject*

2013 William T. Bielby.  "The Challenge of Effective Interventions: Alternative Paths to Minimizing Workplace Gender Bias."  In Robin J. Ely and Amy Cuddy (eds.), *Gender & Work:  Challenging Conventional Wisdom.* Boston, MA:  Harvard Business School, 2013.

2012 William T. Bielby.  "Minority Vulnerability in Privileged Occupations: Why Do African American Financial Advisors Earn Less Than Whites in a Large Financial Services Firm?"  *Annals of the American Academy of Political and Social Sciences*, Vol. 639, No. 1, p. 12-32.

2000 William T. Bielby. "Minimizing Workplace Gender and Racial Bias." *Contemporary Sociology*, Vol. 29, No. 1:  120-129, January, 2000.

## FRANCINE D. BLAU. Ph.D.

*Affiliations*

Frances Perkins Professor of Economics and Industrial and Labor Relations, Cornell University

Research Associate, National Bureau of Economic Research

Research Fellow, Institute for Compensation Studies, Cornell University

*Three Publications Related to Subject*

Francine D. Blau and Lawrence M. Kahn, "The Gender Wage Gap: Extent, Trends, and Explanations," *Journal of Economic Literature* (September 2017)

Francine D. Blau and Anne E. Winkler, *The Economics of Women, Men, and Work*, Oxford University Press, 8th ed., 2018

Francine D. Blau and Lawrence M. Kahn, "The Gender Pay Gap:  Have Women Gone as Far as They Can?" *Academy of Management Perspectives* 21 (February 2007): 7-23

## CHRISTOPHER BOULTON, Ph.D.

*Affiliation*

Associate Professor of Communication, University of Tampa

*Three Publications Related to Subject*

Christopher Boulton. "Black Identities Inside Advertising: Race Inequality, Code Switching, and Stereotype Threat," *Howard Journal of Communications* Vol. 27 2 (2016) pp. 1–15.

Christopher Boulton. "Under the Cloak of Whiteness: A Circuit of Culture Analysis of Opportunity Hoarding & Colour-blind Racism Inside US Advertising Internship Programs," *tripleC: Communication, Capitalism & Critique* Vol. 13 2 (2015) pp. 390 – 03.

Christopher Boulton. "The Ghosts of Mad Men: Race and Gender Inequality Inside American Advertising Agencies," *The Routledge Companion to Advertising and Promotional Culture* (2013) pp. 252-266.

## ARTHUR PAUL BRIEF, Ph.D.

*Affiliation*

University of Utah Presidential Professor Emeritus

*Three Publications Related to Subject*

Brief, A.P. (Forthcoming).  How much has America changed in 50 years? An organizational psychologist's take on social justice progress since the Civil Rights Act of 1964. In A. Colella and E. King (Eds.), *The Oxford Handbook of Employment Discrimination.* Oxford: Oxford University Press.

Brief, A.P. (2011). "The Good, the Bad, and the Ugly: What Behavioral Business Ethics Researchers Ought to be Studying." In D. DeCremer and A. Tensbrunsel (eds.), *Behavioral Business Ethics: Ideas on an Emerging Field.* New York: Taylor and Frances.

Smith, A.N., Brief, A.P., & Colella, A. (2010). "Bias and its causes in and around organizations." In J. Dovidio, V. Esses, P.S. Glick, and M. Hewstone (Eds.), *Handbook of prejudice and discrimination.* Thousand Oaks, Ca: Sage.

## lAUREN BROWN, Ph.D.

*Affiliations*

Principal, Brown and Associates

*Three Publications Related to Subject*

"Job Seekers on the Internet: An Empirical Analysis" Heller School of Social Policy and Management, Brandeis University, March 2008

"No Foot in the Door: An Experimental Study of Employment Discrimination Against Older Workers" *Journal of Aging and Social Policy*, Vol. 10, No. 4, 1999, (with Marc Bendick).

"Pilot Project for Employment Testing: Report to Office of Federal Contract Compliance Programs" Employment Standards Administration, U.S. Department of Labor Washington: Fair Employment Council of Greater Washington, Inc. 1996.

## MARTHA BURK, Ph.D.

*Affiliation*

President, Center for Advancement of Public Policy, Washington, D.C.

*Three Publications Related to Subject*

"Gender Parity on Corporate Boards: A Path to Women's Equality?" chapter by Martha Burk and Heidi Hartmann. *Gender in the Twenty-First Century: The Stalled Revolution and the Road to Equality*, Shannon Davis, Sarah Winslow, David J. Maume, University of California Press, 2017.

*The New Mexico Pay Equity Initiative A Template for Narrowing the Gender Pay Gap.* Center for Advancement of Public Policy., Prepared for the U.S. Department of Labor 50th Anniversary of the Report of the President's Commission on the Status of Women, Washington, D.C. October, 2013.

*Fair and Equal Pay for All New Mexicans Initiative, Task Force Report to the Governor.* September 30, 2009. Prepared on behalf of the Governor's Task Force on Fair and Equal Pay.

## PHILIP N. COHEN, Ph.D.

*Affiliation*

Professor of Sociology, University of Maryland, College Park

*Three Publications Related to Subject*

Jill E. Yavorsky, Philip N. Cohen, and Yue Qian. 2016. "Man Up, Man Down: Race-ethnicity and the Gendered Hierarchy of Men in Female-dominated Work." *Sociological Quarterly* 57(4):733-758.

Vanesa Ribas, Janette S. Dill, and Philip N. Cohen. 2012. "Mobility for Care Workers: Job Changes and Wages for Nurse Aides." *Social Science & Medicine.*

Matt L. Huffman, Philip N. Cohen and Jessica Pearlman. 2010. "Engendering Change: Organizational Dynamics and Workplace Gender Segregation, 1975-2005." *Administrative Science Quarterly* 55(2):255-277.

## DALTON CONLEY, Ph.D., Ph.D.

*Affiliation*

Henry Putnam University Professor of Sociology, Princeton University

*Three Publications Related to Subject*

*Social Class: How Does it Work* (editor, with Annette Lareau). Russell Sage Foundation Press, 2008.

Conley, D. and Thompson, J. 2013. "The Effects of Health and Wealth Shocks on Retirement Decisions." *Federal Reserve Bank of St. Louis Review*. 95: 389-404.

"Family Background, Race, and Labor Market Inequality," *The Annals of the American Academy of Political and Social Science* 609 (2007), 104-133 (with R. Glauber).

**HECTOR R. CORDERO-GUZMAN, Ph.D.**

*Affiliation*

Professor, Marxe School of Public and International Affairs, Baruch College of the City University of New York

*Three Publications Related to Subject*

"Latino Self Employment and Entrepreneurship in the United States: An Overview of the Literature and Data Sources," *Annals of the American Academy of Political and Social Sciences* 613 (September 2017), 18-31 (with others).

*Immigrant Labor in the US Economy: A Profile.* New Labor Forum 22 (2013): 16-27. (with D. Nunes).

"The Question of Sustainability for Microfinance Institutions," *Journal of Small Business Management* 45 (2007), 23-41 (with others).


**JUDY FOSTER DAVIS, Ph.D.**

*Affiliation*

Professor of Marketing and Integrated Marketing Communications, Eastern Michigan University

*Three Publications Related to Subject*

Pioneering African American Women in the Advertising Business. London: Routledge,  2017.

"MAD Black WOMEN: African American Women and Structural Oppression in the  Advertising Industry," *Proceedings  of  the  2015 Conference on Historical Analysis and Research in Marketing.*

"Beyond 'Caste-Typing?' Caroline Robinson Jones, Advertising Pioneer and Trail Blazer." *Journal of Historical Research in Marketing* 5 (2013).

## NANCY DITOMASO, Ph.D.

*Affiliation*

Distinguished Professor, Rutgers Business School—Newark and New Brunswick, Department of Management and Global Business, Rutgers, the State University of New Jersey

*Three Publications Related to Subject*

DiTomaso, Nancy. Forthcoming. "Discrimination in Work and Organizations." Oxford Research Encyclopedia of Business and Management, London, UK: Oxford University Press

DiTomaso, Nancy, 2015. "Racism and Discrimination versus Advantage and Favoritism: Bias For versus Bias Against," *Research in Organization Behavior*, 35: 57-77.

DiTomaso, Nancy, Corinne Post, and Rochelle Parks-Yancy. 2007. "Workforce Diversity and Inequality: Power, Status, and Numbers." *Annual Review of Sociology* 33: 473-501.


## MARY LOU EGAN, Ph. D.

*Affiliation*

Co-Principal, Bendick and Egan Economic Consultants, Inc.

*Three Publications Related to Subject*

"Increasing Minority Employment: Are you Ready to Recruit?" *Employment Relations Today,* July 2018: 1-5 (with others).

"Workforce Diversity Initiatives of US Multinational Corporations in Europe." *Thunderbird International Business Review* 45(6) (2003):701-727 (with others).

"US Firms' Evaluation of Employee Qualifications in International Business Careers." *International Journal of Human Resource Management* 13(1) (2002): 76-88 (with others).

## PAULA ENGLAND, Ph.D.

*Affiliation*

Silver Professor of Sociology and Chair, Department of Sociology, New York University

*Three Publications Related to Subject*

Paula England, Jonathan Bearak, Michelle J. Budig, and Melissa J. Hodges (2016). "Do Highly Paid, Highly Skilled Women Experience the Largest Motherhood Penalty?" *American Sociological Review* 8(6): 1161-1189.

Paula England, Janet Gornick, and Emily Shafer. (2012). "How Women's Employment and the Gender Earnings Gap Vary by Education in Seventeen Countries." *Monthly Labor Review 135,4:3-12.*

Paula England (1992). *Comparable Worth: Theories and Evidence*. New York: Aldine.

## JOHN-PAUL FERGUSON, Ph.D.

*Affiliations*

Assistant Professor of Organizational Behaviour, Desautels Faculty of Management, McGill University

Research Fellow, American Federation of Labor-Congress of Industrial Organizations

*Three Publications Related to Subject*

"Firm Turnover and the Return of Racial Establishment Segregation." *American Sociological Review* 83(3) (2018): 445-474. (With Rembrand Koning.)

"Racial Diversity and Union Organizing in the United States, 1999-2008." *Industrial and Labor Relations Review* 69(1) (2016): 53-83.

"The Control of Managerial Discretion: Evidence from Unionization's Impact on Employment Segregation." *American Journal of Sociology* 121(3) (2015): 675-721.

## S. MICHAEL GADDIS, Ph.D.

*Affiliation*

Assistant Professor of Sociology at the University of California, Los Angeles

*Three Publications Related to Subject*

Gaddis, S. Michael. 2015. "Discrimination in the Credential Society: An Audit Study of Race and College Selectivity in the Labor Market." *Social Forces*, 93 (4):1451-79.

Gaddis, S. Michael. 2018. (Editor and contributor) *Audit Studies: Behind the Scenes with Theory, Method, and Nuance*. Cham, Switzerland: Springer International Publishing.

Gaddis, S. Michael. 2019. "Understanding the 'How' and 'Why' Aspects of Racial/Ethnic Discrimination: A Multi-Method Approach to Audit Studies." *Sociology of Race and Ethnicity*.

## JENNIFER LYNN GLASS, Ph.D.

*Affiliation*

Centennial Commission Professor of Liberal Arts, Department of Sociology and Population Research Center, University of Texas-Austin

*Three Publications Related to Subject*

Glass, Jennifer and Mary Noonan. 2016 "Telecommuting and Earnings Trajectories Among American Women and Men 1989-2008." *Social Forces* 95: 217-250.

Glass, Jennifer, Sharon Sassler, Yael Levitte, and Katherine Michelmore, 2013. "What's So Special about STEM? A Comparison of Women's Retention in STEM and Other Professional Occupations." *Social Forces* 92: 723-756.

Glass, Jennifer. 2004. "Blessing or Curse? Work-Family Policies and Mother's Wage Growth." *Work and Occupations* 31: 367-394.

31

**BARBARA A. GUTEK, Ph.D.**

*Affiliation*

Professor Emerita, Department of Management and Organizations, Eller College of Management, University of Arizona

*Three Publications Related to Subject*

"Employment Discrimination in Organizations: Antecedents and Consequences," *Journal of Management* (2006) (with B.M. Goldman and J.H. Stern).

Sexual harassment. Encyclopedia of the Social Sciences, Volume 4.6 article 68, (2002). United Kingdom: Elsevier.

The utility of the reasonable woman standard in hostile environment sexual harassment cases: A multimethod, multistudy examination. *Psychology, Public Policy and the Law*, 5(3) (1999) (with M. O'Connor, M., R. Melançon, R., M. Stockdale, M., T.M. Geer, & R.S. Done).

**CLIFFORD B. HAWLEY, Ph.D.**

*Affiliation*

Emeritus Professor of Economics, West Virginia University

*Three Publications Related to Subject*

"A Time Series Pitfall in the Statistical Analysis of Employment Discrimination," *Journal of Forensic Economics,* Vol. 14, no. 3, Fall 2001.

"Where Have All the Black Pharmacists Gone? Litigation, Affirmative Action, and Government Statistics," *Litigation Economics Digest*, vol. 2, no. 1, Fall 1996.

"The Labor Force Participation Behavior of Married Women Under Constraints on Borrowing," with Maureen O'Brien, *Journal of Human Resources*, vol. 21, no.2, Spr. 1986.

32

## ROSEMARY HAYS-THOMAS, Ph.D.

*Affiliation*

Professor Emerita, Department of Psychology, University of West Florida

*Three Publications Related to Subject*

*Managing Workplace Diversity and Inclusion, A Psychological Perspective*. Routledge, 2017.

Pay equity. (2006). *Work-Family Encyclopedia*. Sloan Work and Family Research Network.

*Approaching pay equity through comparable worth* Topical issue of the *Journal of Social Issues*, vol. 45, no. 4 (1989) (editor, with Michelle Wittig).

## ARIANE HEGEWISCH, M. Phil.

*Affiliations*

Program Director, Employment and Earnings, Institute for Women's Policy Research

Scholar in Residence, Department of Economics, American University

*Three Publications Related to the Subject*

*Undervalued and Underpaid in America: Women in Low-Wage, Female-Dominated Jobs* IWPR Report D506; Washington, DC: Institute for Women's Policy Research, 2016 (with Elyse Shaw, Barbara Gault, Emma Williams-Baron).

*Occupational Segregation and the Gender Wage Gap: A Job Half Done*. Scholar's Paper to Commemorate the 50th Anniversary of the publication of the Report of President Kennedy's Commission on the Status of American Women; U.S. Department of Labor 2014 (with Heidi Hartmann).

*Ending Sex and Race Discrimination in the Workplace: Legal Interventions That Push the Envelope*; Washington, DC: Institute for Women's Policy Research, 2011 (with Cynthia Deitch and Evelyn Murphy).

33

## ELIZABETH HIRSH, Ph.D.

*Affiliations*

Associate Professor of Sociology, University of British Columbia

Member, National Academies of Sciences Committee on Collecting Compensation Data from Employers

*Three Publications Related to Subject*

Hirsh, C. Elizabeth and Youngjoo Cha. 2017. "Mandating Change: The Impact of Court-Mandated Policy Changes on Managerial Diversity," *Industrial and Labor Relations Review* 70(1):42-72.

Hirsh, C. Elizabeth. 2014. "Beyond Treatment and Impact: A Context-Oriented Approach to Employment Discrimination." *American Behavioral Scientist* 58(2):256-273.

Hirsh, C. Elizabeth and Sabino Kornrich. 2008. "The Context of Discrimination: Workplace Conditions, Institutional Environments, and Sex and Race Discrimination Charges." *American Journal of Sociology* 113(5): 1394-1432.

## HARRY J. HOLZER, Ph.D.

*Affiliations*

Professor of Economics, McCourt School of Public Policy, Georgetown University

Nonresident Senior Fellow, Economic Studies, Brookings Institution

*Three Publications Related to Subject*

Holzer, Harry J. 1996. *What Employers Want: Job Prospects for Less-Educated Workers*. New York: Russell Sage Foundation.

Holzer, Harry J. and David Neumark. 2006. "Equal Employment Opportunity and Affirmative Action." In W. Rodgers ed. *Handbook on the Economics of Discrimination*. New York: Elgar.

Holzer, Harry J. 2013. Testimony before the US Civil Rights Commission. In *Assessing the Impact of Criminal Background Checks and the Equal Employment Opportunity Commission's Conviction Records Policy.* US Civil Rights Commission, Washington DC.

**MARK R. KILLINGSWORTH, Ph.D.**

*Affiliations*

Professor of Economics, Rutgers University

Member, National Academy of Sciences Committee on Collecting Compensation Data        from Employers

*Three Publications Related to Subject*

"Comparable Worth and Pay Equity:  Recent Developments in the United States."  *Canadian Public Policy*, Vol. 28 (Supplement), 2002, pp. S171-S186.

"Analyzing Employment Discrimination:  From the Seminar Room to the Courtroom," *American Economic Review*, Vol. 83, No. 2, May 1993, pp. 67-72.

*The Economics of Comparable Worth*.  Kalamazoo, MI:  The Upjohn Institute, 1990.

**JULIE KMEC, Ph.D.**

*Affiliation*

Professor of Sociology and Edward R. Meyer Distinguished Professor in the Liberal Arts, Department of Sociology, Washington State University

*Three Publications Related to Subject*

Kmec, Julie A. and Sheryl. L. Skaggs. 2014. "The 'State' of Equal Employment Law and Managerial Gender Diversity." *Social Problems* 61: 530-558.

Kmec, Julie A. 2011. "Are Motherhood Wage Penalties and Fatherhood Bonuses Warranted?" *Social Science Research* 40:444-459.

Kmec, Julie A., and Lindsey B. Trimble. 2009. "Does it Pay to have a Network Contact? Social  Network Ties, Workplace Racial Context, and Pay Outcomes." *Social Science Research* 38: 266-278.

## ALISON KONRAD, Ph.D.

*Affiliation*

Professor of Organizational Behaviour and Corus Entertainment Chair in Women in Management, Ivey School of Business at Western University

*Three Publications Related to Subject*

Konrad, A. M., Yang, Y., & Maurer, C. (2016, January-February). Antecedents and outcomes of diversity and equality management systems: An integrated institutional agency and strategic human resource management approach. *Human Resource Management*, 55(1), 83-107**.**

Konrad, A. M., Seidel, M.-D., Lo, E., Bhardwaj. A., & Qureshi, I. (2017, September). Variety, Dissimilarity, and Status Centrality in MBA Networks: Is the Minority or the Majority More Likely to Network across Diversity? *Academy of Management Learning & Education*, 16(3).

Yap, M., & Konrad, A. M. (2009, Fall). Gender and racial differentials in promotions: Is there a sticky floor, a mid-level bottleneck, or a glass ceiling? *Relations Industrielles/Industrial Relations* 64(4), 593-62

## DAVID A KRAVITZ, Ph.D.

*Affiliation*

Professor Emeritus of Management, School of Business, George Mason University

*Three Publications Related to Subject*

Holtom, B. C., Inderrieden, E. J., & Kravitz, D. A. (2014). The advantages of high-prestige MBA degrees and placement centers for compensation growth of African Americans. *Journal of Managerial Issues, 26*(1), 7-21.

King, E. B., Dawson, J. F., Kravitz, D. A., & Gulick, L. M. V. (2012). A multilevel study of the relationships between diversity training, ethnic discrimination and satisfaction in organizations. *Journal of Organizational Behavior, 33,* 5-20.

Kravitz, D. A. (2008). The diversity–validity dilemma: Beyond selection–The role of affirmative action. *Personnel Psychology, 61*, 173-193.

## SABINO KORNRICH, Ph.D.

*Affiliation*

Associate Professor of Sociology, Emory University

*Three Publications Related to Subject*

Kornrich, Sabino. 2009. "Combining Preferences and Processes: An Integrated Approach to Black-White Labor Market Inequality." *American Journal of Sociology* 115(1): 1-38.

Kornrich, Sabino. 2009. "Entrepreneurship as Economic Detour? Client Segregation by Race and Class and the Black-White Earnings Gap among Physicians." *Work & Occupations* 36(4):400-431.

Hirsh, Elizabeth C. and Sabino Kornrich. 2008. "The Context of Discrimination: Workplace Conditions, Institutional Environments, and Sex and Race Discrimination Charges." *American Journal of Sociology* 113(5): 1394-1432.

## JONATHAN LEONARD, Ph.D.

*Affiliations*

George Quist Chair in Business Ethics, Haas School of Business, University of California, Berkeley

Member, National Academy of Sciences Committee on Collecting Compensation Data        from Employers

*Three Publications Related to Subject*

"Fairness and Frictions: The Impact of Unequal Raises on Quit Behavior." *American Economic Review* (2019) (with others).

"Racial Bias in the Employee-Manager Relationship: An Analysis of Quits, Dismissals, and Promotions at a Large Retail Firm," *Journal of Human Resources* (Winter 2011) (with others).

"Manager Race and the Race of New Hires," *Journal of Labor Economics* (October 2009) (with others).

**JANICE FANNING MADDEN, Ph.D.**

*Affiliations*

>  Professor of Regional Science, Sociology, Urban Studies, and Real Estate, University of Pennsylvania

>  Member, National Academy of Sciences Committee on Collecting Compensation Data        from Employers

*Three Publications Related to Subject*

>  "Performance Pay, Performance-Support Bias, and Racial Pay Gaps among Stock Brokers," with Alexander Vekker, *Industrial Relations*, Vol. 56, no. 4, October 2017, pp. 662-687.

>  "Performance-Support Bias and the Gender Pay Gap among Stockbrokers," *Gender & Society*, Vol. 26, no. 3, June 2012, pp. 488-518.

>  "Gender Differences in the Cost of Displacement: An Empirical Test of Discrimination in the Labor Market," *American Economic Review* (May 1987), pp. 246-251.


**DOUGLAS S. MASSEY, Ph.D.**

*Affiliation*

>  Henry G. Bryant Professor of Sociology and Public Affairs, Princeton University

*Three Publications Related to Subject*

>  *Immigration and the Future of America.* MIT Press, 2013.

>  *The Non-Response Challenge to Surveys and Statistics.* Annals of the American Academy of Political and Social Sciences, 2013.

>  *Categorically Unequal: The American Stratification System*. Russell Sage Foundation, 2007.


**JOHN J. MILLER, Ph.D.**

*Affiliation*

>  Associate Professor Emeritus of Statistics, George Mason University

*Three Publications Related to Subject*

*The Availability of Women, Racial Minorities, and Hispanics for On-Site Construction Employment.* Washington DC: U.S. Department of Labor, 2011 (with others).

*Gender Occupational Segregation: An Analysis of Employers' EEO-1 Reports.* Newark, NJ: Employment Discrimination Project, Rutgers Law School, 2000 (with others).

"International Business Careers in the United States: Salaries, Advancement, and Male-    Female Differences*," International Journal of Human Resource Management* (February    1994), 33-50 (with others).


**JOYA MISRA, Ph.D.**

*Affiliation*

Professor of Sociology and Public Policy, University of Massachusetts, Amherst

*Three Publications Related to Subject*

J. Misra and others (forthcoming), "The Motherhood Wage Penalty over Time: Changing Returns to Education and Experience," *Journal of Marriage and Family*,.

J. Misra and others (2017), "Collaboration and Gender Equity Among Academic Faculty," *Social Sciences* 6(1), 1-22.

J. Misra and others (2016), "Policy Interventions and Relative Household Incomes of Families with Children by family Structure and Parental Education," *Socius* (2), 1-28.


**CORINNE POST, Ph.D.**

*Affiliation*

Professor of Management and Management Department Chair, College of Business, Lehigh University

*Three Publications Related to Subject*

Post & Byron. 2015. Women on Boards and Firm Financial Performance: A Meta-Analysis. Academy of Management Journal. 58(5): 1546-1571

Post, DiTomaso, Lowe, Farris, & Cordero. 2009. A Few Good Women: Gender Differences in Evaluations of Promotability in Industrial Research and Development. Journal of Managerial Psychology 24(4): 348-371

DiTomaso, Post, Smith, Farris, & Cordero. 2007. Effects of Structural Position on Allocation and Evaluation Decisions for Scientists and Engineers. Administrative Science Quarterly. Volume 52(2): 175-207

## WILLIAM E SPRIGGS, Ph.D.

*Affiliations*

Professor of Economics, Howard University

Chief Economist to the AFL-CIO

*Three Publications Related to Subject*

"What Do We Need to Explain About African American Unemployment?" in *Prosperity for All? The Economic Boom and African Americans*. Russell Sage Foundation, 2000 (with Rhona Williams).

*Manufacturing Employment in North America*. Economic Policy Institute, 1992 (with   Robert Bleeker).

"The Effect of Federal Contractor Status on Racial Differences in Establishment-Level Employment Shares," *American Economic Review* 86 (May 1996), 290-293 (with Bruce W. Klein).

## GREGORY D. SQUIRES, Ph.D.

*Affiliation*

Professor of Sociology and Public Policy & Public Administration, George Washington University

*Three Publications Related to Subject*

Squires, Gregory D. and Sunwoong Kim. 1995. "Does Anyone Who Works Here Look Like Me? Mortgage Lending, Race, and Lender Employment," *Social Science Quarterly*. 76 (4): 823-838.

Kim, Sunwoong and Gregory D. Squires. 1998. "The Color of Money and the People Who Lend It," *Journal of Housing Research* 9 (2): 271-284.

Squires, Gregory D. 1984. "Capital Mobility Versus Upward Mobility: The Racially Discriminatory Consequences of Plant Closings and Corporate Relocation," in William K. Tabb and Larry Sawers (eds.) *Sunbelt/Snowbelt: Urban Growth and Restructuring*, New York: Oxford University Press. 152-162.

## KEVIN STAINBACK, Ph.D.

*Affiliation*

Professor of Sociology, Purdue University

*Three Publications Related to Subject*

"Women in Power: Undoing or Redoing the Gendered Organization?" *Gender & Society*, *30* (2016), pp.109-135 (with others).

*Documenting desegregation: Racial and Gender Segregation in Private Sector Employment since the Civil Rights Act*. Russell Sage Foundation, 2012 (with others).

"Intersections of Power and Privilege: Long-term Trends in Managerial Representation." *American Sociological Review*, *74*(2009), pp.800-820 (with others).

## DONALD TOMASKOVIC-DEVEY, Ph.D.

*Affiliation*

Professor of Sociology and Director, Center for Employment Equity, University of Massachusetts, Amherst

*Three Publications Related to Subject*

Carly McCann and Donald Tomaskovic-Devey. *Sexual Harassment at Work: An Analysis of Five Years of Discrimination Complaints to the U.S. Equal Employment Opportunity Commission*. Center for Employment Equity. Published December 2018.

Donald Tomaskovic-Devey, Karen Brummond, Joo-Hee Han, Skylar Davidson. *Private Sector Industry Disparities: A Report on Evidence of Systemic Disparities for Women, African Americans, Hispanics, Asians and Native Americans,* Center for Employment Equity. Published July 2016.

Kevin Stainback and Donald Tomaskovic-Devey. 2012. *Documenting Desegregation: Racial and Gender Segregation in Private Sector Employment since the Civil Rights Act.* NY: Russell Sage Foundation.

## MARIA TRIANA, Ph.D.

*Affiliation*

Associate Professor, School of Business, University of Wisconsin – Madison

*Three Publications Related to Subject*

Triana, M., Richard, O., Su, W. (in press) Gender diversity in senior management, strategic change, and firm performance: Examining the mediating nature of strategic change in high tech industries. *Research Policy.*

Triana, M., Jayasinghe, M., Pieper, J, Delgado, D., Li, M. (in press) Perceived Workplace Gender Discrimination and Employee Consequences: A Meta-Analysis and Complementary Studies Considering Country Context. *Journal of Management.*

Triana, M., Jayasinghe, M., Pieper, J. (2015) Workplace race discrimination and its outcomes: A meta-analysis. *Journal of Organizational Behavior,* 36, 491-513.