[NOT SCHEDULED FOR ORAL ARGUMENT]

No. 19-5130

---

### UNITED STATES COURT OF APPEALS
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**National Women's Law Center,** *et al.*,

                              *Plaintiffs-Appellees*,

v.

**Office of Management and Budget,** *et al.*,

                              *Defendants-Appellants*.

---

On Appeal from the United States District Court for the District of Columbia
Case No. 1:17-cv-02458-TSC, Honorable Tanya S. Chutkan

---

### NOTICE OF INTENT TO PARTICIPATE AS *AMICI CURIAE*

---

                              Ryan E. Griffin
                              James & Hoffman, P.C.
                              1130 Connecticut Avenue, NW, Suite 950
                              Washington, DC 20036
                              (202) 496-0500
                              regriffin@jamhoff.com

                              Counsel for *Amici Curiae*

Dated: October 25, 2019

The following organizations hereby give notice of their intent to appeal as *amicus curiae* in support of appellees supporting affirmance:

**9to5, National Association of Working Women;**

**American Association of University Women;**

**A Better Balance;**

**Coalition of Labor Union Women;**

**Equal Rights Advocates;**

**Employee Rights Advocacy Institute for Law & Policy;**

**California Women's Law Center;**

**Family Values @ Work;**

**Gender Justice;**

**Institute for Women's Policy Research;**

**Kwh Law Center for Social Justice and Change;**

**Legal Aid at Work;**

**Legal Momentum;**

**Legal Voice;**

**National Asian pacific American Women's Forum;**

**The National Center for Law and Economic Justice;**

**National Employment Lawyers Association;**

**National Employment Law Project;**

**National Organization for Women Foundation;**

**National Partnership for Women & Families;**

**Women Employed;**

**The Women's Law Center of Maryland;**

**Women's Law Project**