# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-5130**  September Term, 2019

1:17-cv-02458-TSC

Filed On: October 29, 2019 [1813023]

National Women's Law Center and Labor Council For Latin American Advancement,

     Appellees

     v.

Office of Management and Budget, et al.,

     Appellants

### O R D E R

Upon consideration of appellees' motion for leave to file a supplemental appendix and appellants' unopposed motion for extension of time to file their reply brief, it is

**ORDERED** that the motion for leave to file be granted. The Clerk is directed to file the lodged supplemental appendix. It is

**FURTHER ORDERED** that the motion for extension of time be granted. Appellants' reply brief is now due November 15, 2019.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                          BY:    /s/
                                   Rebecca L. Thompson
                                   Deputy Clerk