# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-5130**　　　　　　　　　　　　　　　　September Term, 2019

**1:17-cv-02458-TSC**

Filed On: November 14, 2019 [1815812]

National Women's Law Center and Labor Council For Latin American Advancement,

　　　　Appellees

　　v.

Office of Management and Budget, et al.,

　　　　Appellants

## O R D E R

　　Upon consideration of the motion of the Democratic Women's Caucus and Individual Legislators for leave to participate as amicus curiae, and the lodged brief amicus curiae, it is

　　**ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amicus curiae.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　　Michael C. McGrail
　　　Deputy Clerk