[Oral Argument Not Scheduled]
No. 19-5130

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

NATIONAL WOMEN'S LAW CENTER, *et al.*,
*Plaintiffs-Appellees,*

v.

OFFICE OF MANAGEMENT AND BUDGET, *et al.*,
*Defendants-Appellants.*

---

**NOTICE OF ERRATA TO BRIEF FOR CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, CONNECTICUT COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, STATE OF DELAWARE, DISTRICT OF COLUMBIA, ILLINOIS DEPARTMENT OF HUMAN RIGHTS, MAINE HUMAN RIGHTS COMMISSION, MARYLAND COMMISSION ON CIVIL RIGHTS, MINNESOTA DEPARTMENT OF HUMAN RIGHTS, NEVADA EQUAL RIGHTS COMMISSION, NEW JERSEY DIVISION ON CIVIL RIGHTS, STATE OF NEW YORK, OREGON BUREAU OF LABOR AND INDUSTRIES, PENNSYLVANIA HUMAN RELATIONS COMMISSION, RHODE ISLAND COMMISSION FOR HUMAN RIGHTS, VIRGINIA OFFICE OF THE ATTORNEY GENERAL DIVISION OF HUMAN RIGHTS, WASHINGTON STATE HUMAN RIGHTS COMMISSION, BALTIMORE OFFICE OF CIVIL RIGHTS AND WAGE ENFORCEMENT, NEW YORK CITY COMMISSION ON HUMAN RIGHTS, AND PHILADELPHIA COMMISSION ON HUMAN RELATIONS AS AMICI CURIAE IN SUPPORT OF APPELLEES AND SUPPORTING AFFIRMANCE**

---

On Appeal from the U.S. District Court for the District of Columbia

---

| | |
|---|---|
| XAVIER BECERRA | 1515 Clay Street, 20th Floor |
| Attorney General of California | P.O. Box 70550 |
| MICHAEL L. NEWMAN | Oakland, CA 94612-0550 |
| Senior Assistant Attorney General | Telephone: (510) 879-0173 |
| CHEROKEE DM MELTON | Fax: (510) 622-2270 |
| Supervising Deputy Attorney General | *Attorneys for Amici Curiae* |
| LISA C. EHRLICH | *California Department of Fair* |
| Deputy Attorney General | *Employment and Housing* |

## CONCLUSION

For the foregoing reasons, Agency Amici respectfully urge the Court to affirm the district court's ruling below.

Dated:  October 25, 2019       Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
CHEROKEE DM MELTON
Supervising Deputy Attorney General


        /s/*Lisa C. Ehrlich*
LISA C. EHRLICH
Deputy Attorney General
*Attorneys for Amici Curiae*
*California Department of Fair*
*Employment and Housing*

(Counsel has consent to represent all amici in the filing of this brief except the District of Columbia)

| | |
|---|---|
| TANYA A. HUGHES<br>Executive Director<br>Connecticut Comm. on Human<br>  Rights and Opportunities<br>450 Columbus Blvd., Suite 2<br>Hartford, CT 06103 | KATHLEEN JENNINGS<br>Attorney General of Delaware<br>Department of Justice<br>Carvel State Building, 6th Floor<br>820 North French Street<br>Wilmington, DE 19801 |
| KARL A. RACINE<br>Attorney General for the District<br>  of Columbia<br>One Judiciary Square<br>441 4th Street, NW, Suite 630 South<br>Washington, D.C. 20001 | KWAME RAOUL<br>Attorney General of Illinois<br>James L. Bennet<br>Director, Illinois Department of<br>  Human Rights<br>100 W. Randolph Street<br>Chicago, IL 60601 |
| BARBARA ARCHER HIRSCH<br>Counsel<br>Maine Human Rights<br>  Commission<br>51 State House Station<br>Augusta, ME 04333 | ANDRE M. DAVIS<br>City Solicitor, Baltimore City<br>  Law Department<br>100 N. Holliday St., Suite 101<br>Baltimore, MD 21146 |
| ALVIN O. GILLARD<br>Executive Director<br>Maryland Commission on<br>  Civil Rights<br>6 Saint Paul Street<br>Baltimore, MD 21202 | REBECCA LUCERO<br>Commissioner<br>IRINA VAYNERMAN<br>Deputy Commissioner<br>Minnesota Department of<br>  Human Rights<br>540 Fairview Ave N, Suite 201<br>St. Paul, MN 55104 |
| AARON FORD<br>Attorney General of Nevada<br>100 N. Carson Street<br>Carson City, NV 89701-4717 | GURBIR S. GREWAL<br>Attorney General of New Jersey<br>25 Market Street<br>Trenton, NJ 08625 |

39

| | |
|---|---|
| GEORGIA M. PESTANA<br>Acting Corporation Counsel<br>  for the City of New York<br>100 Church Street<br>New York, NY 10007 | LETITIA JAMES<br>Attorney General for the<br>  State of New York<br>The Capitol<br>Albany, NY 12224 |
| ELLEN F. ROSENBLUM<br>Attorney General of Oregon<br>1162 Court St. NE<br>Salem, OR 97301 | MARTIN CUNNINGHAM<br>Interim Chief Counsel<br>Pennsylvania Human Relations<br>  Commission<br>Legal Division<br>333 Market St., 8th floor<br>Harrisburg, PA 17126-0333 |
| RUE LANDAU<br>Executive Director<br>Philadelphia Commission on<br>  Human Relations<br>601 Walnut Street, Suite 300 South<br>Philadelphia, PA 19106 | MICHAEL D. EVORA<br>Executive Director<br>RI Commission for Human Rights<br>180 Westminster Street<br>Providence, RI 02903 |
| MARK R. HERRING<br>Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219 | ROBERT W. FERGUSON<br>Attorney General of Washington<br>SHARON M. JAMES<br>Assistant Attorney General<br>PO Box 40100<br>1125 Washington Street SE<br>Olympia, Washington 98504-0100 |

40

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2019, I electronically filed a copy of the foregoing.  Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

Dated:  November 15, 2019

/s/*Lisa C. Ehrlich*
Lisa C. Ehrlich