# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

## No. 19-5130

NATIONAL WOMEN'S LAW CENTER, *et al*.,

    *Appellees,*

    v.

OFFICE OF MANAGEMENT AND BUDGET, *et al*.,

    *Appellants.*

## NOTICE OF WITHDRAWAL OF COUNSEL

    Please take notice that Javier M. Guzman hereby withdraws as counsel for Appellees National Women's Law Center and Labor Council for Latin American Advancement. Appellees will continue to be represented by the undersigned counsel.

Dated: December 2, 2019        Respectfully submitted,

                        By:  /s/ *Javier M. Guzman*

                        JAVIER M. GUZMAN
                        (D.C. Bar No. 462679)
                        ROBIN F. THURSTON
                        (D.C. Bar No. 1531399)
                        JEFFREY B. DUBNER
                        (D.C. Bar No. 1013399)
                        Democracy Forward Foundation
                        P.O. Box 34553
                        Washington, D.C. 20530
                        (202) 448-9090

*Attorneys for Appellees*