# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-5130**                              **September Term, 2019**

**1:17-cv-02458-TSC**

**Filed On: January 14, 2020** [1824066]

National Women's Law Center and Labor Council For Latin American Advancement,

      Appellees

      v.

Office of Management and Budget, et al.,

      Appellants

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for January 24, 2020, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellees | - | 15 Minutes |

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Rogers, Srinivasan, and Pillard.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by January 17, 2020.

### Per Curiam

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

            BY:    /s/
                                Michael C. McGrail
                                Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)