# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 19-5130**  **September Term, 2019**

**1:17-cv-02458-TSC**

**Filed On: January 24, 2020** [1825433]

National Women's Law Center and Labor
Council For Latin American Advancement,

    Appellees

    v.

Office of Management and Budget, et al.,

    Appellants

**BEFORE:** Circuit Judges Rogers, Srinivasan, and Pillard

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on January 24, 2020 at 9:33 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

    Lindsey Powell (DOJ), counsel for Appellants.

    Robin F. Thurston, counsel for Appellees.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
            Shana E. Thurman
            Deputy Clerk