

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7215
Washington, DC 20530

Tel: (202) 514-1838

February 12, 2020

Mr. Mark Langer, Clerk of the Court
Office of the Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave., NW
Washington, DC 20001

    Re:   *National Women's Law Center v. OMB*, No. 19-5130 (argument held on Jan. 24, 2020)

Dear Mr. Langer:

    We are writing to inform the Court that on Monday, February 10, 2020, the district court issued the attached order stating "that the EEO-1 Component 2 data collection is complete" and that "Defendants have no remaining obligations pursuant to the Court's April 25, 2019 Order or the Court's March 4, 2019 Order granting Plaintiffs' motion for summary judgment" other than an obligation to file one more status report on or before February 14, 2020.

    Government counsel are consulting with interested agencies and components, and with the Office of the Solicitor General, and intend to file a motion to govern further proceedings in this appeal within 60 days.  We have consulted with counsel for plaintiffs, who do not object to that course of action.

                                    Sincerely,

                                    *s/ Daniel Tenny*
                                  Daniel Tenny

cc:    All counsel by ECF

**ATTACHMENT**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL WOMEN'S LAW CENTER**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **OFFICE OF MANAGEMENT AND BUDGET**, *et al.*, <br><br> Defendants. | Civil Action No. 17-cv-2458 (TSC) |

## ORDER

Currently pending before the court is Defendants' Second Motion for Order Determining Completion of Component 2 Data Collection, ECF No. 95. The court hereby **GRANTS** Defendants' motion.

On April 25, 2019, the court ordered the EEOC to "take all steps necessary to complete the EEO-1 Component 2 data collections for calendar years 2017 and 2018 by September 30, 2019." (ECF No. 71 at 1.) The court further ordered, among other things, that the data collections would not be deemed complete "until the percentage of EEO-1 reporters that have submitted their required EEO-1 Component 2 reports equals or exceeds the mean percentage of EEO-1 reporters that actually submitted EEO-1 reports in each of the past four reporting years." (ECF No. 71 at 2.) As of February 6, 2020, Defendants represent that 88.8% of eligible filers have submitted EEO-1 Component 2 data for calendar year 2017 and 89.6% of eligible filers have submitted such data for calendar year 2018. (ECF No. 101 ("Joint Status Report") at 1.)

The parties agree that this collection satisfies the government's obligations to complete EEO-1 Component 2 data collection for calendar years 2017 and 2018.  (*Id.*)

In the February 6, 2020, Joint Status report Plaintiffs request an order requiring Defendants to provide sixty days' notice before disposal of the collected Component 2 data if Defendants decide not to retain the collected data.  (*Id.* at 2.)  Defendants represent that they have informed Plaintiffs, through counsel, that the EEOC plans to retain the collected Component 2 data and that decisions regarding data retention will be made in compliance with federal law governing records retention.  (*Id.*)  Based on the Defendants' representations, the court will not order Defendants to provide advance notice to Plaintiffs if Defendants fail to retain the data.

Therefore, it is hereby **ORDERED** that the EEO-1 Component 2 data collection is complete pursuant to the Court's April 25, 2019 Order and that the government has no further obligation to provide status reports after the next status report, due on or before February 14, 2020.  It is

**FURTHER ORDERED** that, other than the aforementioned status report, Defendants have no remaining obligations pursuant to the Court's April 25, 2019 Order or the Court's March 4, 2019 Order granting Plaintiffs' motion for summary judgment, ECF No. 46.

**SO ORDERED.**

Date:  February 10, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge