# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 19-5130**                                        **September Term, 2019**

**1:17-cv-02458-TSC**

**Filed On:** April 17, 2020

National Women's Law Center and Labor
Council For Latin American Advancement,

      Appellees

   v.

Office of Management and Budget, et al.,

      Appellants

**BEFORE:**    Srinivasan, Chief Judge; Rogers and Pillard, Circuit Judges

## O R D E R

Upon consideration of the government's motion to govern further proceedings, it is

**ORDERED** that the government's motion be granted in part.  Based on Federal Rule of Appellate Procedure 27, the following schedule and format for the briefing of the motion on whether vacatur is warranted will apply:

| | |
|---|---|
| Government's motion to vacate<br>(not to exceed 5,200 words) | May 4, 2020 |
| Appellees' opposition<br>(not to exceed 5,200 words) | May 14, 2020 |
| Government's reply<br>(not to exceed 2,700 words) | May 21, 2020 |

## Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
      Michael C. McGrail
      Deputy Clerk