# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 19-5130**  **September Term, 2019**

**1:17-cv-02458-TSC**

**Filed On: August 6, 2020** [1855309]

National Women's Law Center and Labor Council For Latin American Advancement,

    Appellees

    v.

Office of Management and Budget, et al.,

    Appellants

## M A N D A T E

In accordance with the order of June 9, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk

Link to the order filed June 9, 2020